## Ken McCartney

| | |
|---|---|
| **From:** | "Joshua Wurtzel" <jwurtzel@schlamstone.com> |
| **To:** | "Ken McCartney" <bankruptcyrep@hotmail.com>; <bnkrpcyrep@aol.com> |
| **Cc:** | "Jeffrey M. Eilender" <jeilender@schlamstone.com>; "Bradley J. Nash" <bnash@schlamstone.com>; "Bradley T. Hunsicker" <BHunsicker@markuswilliams.com>; "Henk Taylor" <HTaylor@rrulaw.com> |
| **Sent:** | Thursday, January 4, 2018 10:24 AM |
| **Subject:** | RE: CWT Canada II Limited Partnership, et al., v. Danzik, et al., No. 16-cv-00607-DGC |

Ken,

Where are the documents? Please respond asap.

Joshua Wurtzel

Schlam Stone & Dolan LLP

26 Broadway

New York, NY 10004

Tel.: (212) 344-5400 (x 324)

jwurtzel@schlamstone.com

## SCHLAM STONE & DOLAN LLP

CommercialDivisionBlog.com

This e-mail, including all attachments, is for the use of the intended recipients only. It may contain legally privileged or confidential information. If you are not the intended recipient, please permanently delete this message and all copies or printouts, and please notify me immediately.


EXHIBIT B

**From:** Joshua Wurtzel
**Sent:** Wednesday, January 03, 2018 9:42 PM
**To:** Ken McCartney <bankruptcyrep@hotmail.com>; bnkrpcyrep@aol.com
**Cc:** Jeffrey M. Eilender <jeilender@schlamstone.com>; Bradley J. Nash <bnash@schlamstone.com>; Bradley T. Hunsicker <BHunsicker@markuswilliams.com>; Henk Taylor <HTaylor@rrulaw.com>

**Subject:** CWT Canada II Limited Partnership, et al., v. Danzik, et al., No. 16-cv-00607-DGC

Ken,

Your firm's response to the attached subpoena in this action was due yesterday. Where are the documents?

Joshua Wurtzel

Schlam Stone & Dolan LLP

26 Broadway

New York, NY 10004

Tel.: (212) 344-5400 (x 324)

jwurtzel@schlamstone.com

## SCHLAM STONE & DOLAN LLP

CommercialDivisionBlog.com

This e-mail, including all attachments, is for the use of the intended recipients only. It may contain legally privileged or confidential information. If you are not the intended recipient, please permanently delete this message and all copies or printouts, and please notify me immediately.