# Exhibit 2

At IAS Part 54 of the Supreme Court of the County of New York, at the Courthouse located at 60 Center Street, New York, New York on the ___8TH___ day of ~~October,~~ 2017.     NOV

PRESENT: ~~SHIRLEY WERNER KORNREICH J.S.C~~

_____
Shirley W. Kornreich
J.S.C.

| | |
|---|---|
| GEM HOLDCO, LLC, and GEM VENTURES, LTD,<br><br>Plaintiffs,<br><br>-against-<br><br>CWT CANADA II LIMITED PARTNERSHIP, RESOURCE RECOVERY CORPORATION, JEAN NOELTING, RIDGELINE ENERGY SERVICES, INC., DENNIS DANZIK, DOUGLAS JOHNSON and KELLY SLEDZ,<br><br>Defendants. | Index No.: 650841/2013<br>(Kornreich, J.)<br><br>**ORDER OF CONTEMPT AND COMMITMENT**<br><br>**Mot. Seq. Nos.: 017 and 020** |
| CWT CANADA II LIMITED PARTNERSHIP, RESOURCE RECOVERY CORPORATION and JEAN NOLETING,<br><br>Third-Party Plaintiffs<br><br>-against-<br><br>EDWARD TOBIN, CHRISTOPHER BROWN, DEJA II, LLC, ELIZABETH DANZIK and RES MANAGEMENT, INC.,<br><br>Third-Party Defendants. | |

Upon the parties' submissions and after an evidentiary hearing and oral argument on the record, the motion to hold Defendant and Cross-Claim Defendants Dennis Danzik ("Danzik") and RDX Technologies, Inc. ("RDX") in civil and criminal contempt is granted pursuant to the

FILED: NEW YORK COUNTY CLERK 11/08/2017 10:15 AM
NYSCEF DOC. NO. 1778
INDEX NO. 650841/2013
RECEIVED NYSCEF: 11/08/2017

Case 17-20934   Doc 30-2   Filed 01/10/18   Entered 01/10/18 10:22:38   Desc Exhibit
Revised Order   Page 3 of 7

Court's decision on the record, and pursuant to Judiciary Law §§ 751, 753 *et seq.*, 773-774, and the Court's inherent powers.

As set forth in the record and in particular the Court's June 3, 2016 Decision and Order, the Court finds that Danzik and RDX (the "Contemnors") have each intentionally, knowingly and willfully failed to obey this Court's numerous prior orders, including without limitation: (i) this Court's March 18, 2015 Order (the "Attachment Order") attaching and restraining the tax credits in the amount of $3,175,967 and directing Danzik and RDX to cause that amount to be placed in a segregated bank account and preserved; (ii) this Court's November 4, 2015 Order, modifying the amount of the attached and restrained tax credits to add a further $1,800,000, to the total amount of $4,654,827 (the "Tax Credits"); (iii) this Court's numerous discovery rulings, including without limitation the July 23, 2015 Status Conference Order; order from the bench during July 31, 2015 oral argument on Motion Seq. 017; the September 3, 2015 Status Conference Order; oral directions during the September 21, 2015 teleconference and subsequent teleconferences with the Court's law secretary Mr. Rand; (iv) this Court's June 3, 2016 Order, finding Danzik and RDX in civil and criminal contempt for their prior contumacious conduct and ordering them, in order to purge their contempt, to pay the full amount of the Tax Credits by June 15, 2016 in the manner directed by the June 3, 2016 Order; ~~and (v) this Court's June 7, 2016 Order, directing Danzik to surrender his passport and send it to this Court by June 10, 2016~~.

This Court further finds the Contemnors' disobedience actually did defeat, impair, impede or prejudice the rights and remedies of Defendants / Cross-Claimants CWT Canada II Limited Partnership, Resources Recovery Corporation, and Jean Noelting (the "CWT Parties").

It is therefore **ORDERED** that the Contemnors be and hereby are found in civil and criminal contempt for the said violations of this Court's prior orders, and

2

FILED: NEW YORK COUNTY CLERK 11/08/2017 10:15 AM
NYSCEF DOC. NO. 177
INDEX NO. 650841/2013
RECEIVED NYSCEF: 11/08/2017

Case 17-20934    Doc 30-2    Filed 01/10/18    Entered 01/10/18 10:22:38    Desc Exhibit
Revised Order    Page 4 of 7

It is further **ORDERED** that the Contemnors may purge of said contempt by complying with the Attachment Order as modified on the record on November 4, 2015 by replacing the full amount of the Tax Credits, plus interest thereon as set forth in this Court's prior orders, and delivering the amount of $4,654,827 to this Court's registry and paying the full amount of the Fine (defined below, as accrued by such time) and the Attorneys' Fees as set forth below; and

It is further **ORDERED** that Danzik, by reason of his contumacious conduct and refusal to comply with this Court's orders, shall be arrested and committed to the custody of the New York City Department of Corrections and remain being charged with contempt until he shall have purged of said contempt as set forth above; and

It is further **ORDERED** that the New York City Sheriff's Office, or any duly authorized law enforcement officer, upon delivery of a copy of this order certified by the Clerk of the Court, shall forthwith on receipt thereof, and without further process, locate and take the body of Defendant Dennis Danzik and deliver such to the Commissioner of Corrections of the City of New York to be detained in close custody until he shall have purged of said contempt as set forth above, or until he shall otherwise be discharged by law; and

FILED: NEW YORK COUNTY CLERK 11/08/2017 10:15 AM
NYSCEF DOC. NO. 177
INDEX NO. 650841/2013
RECEIVED NYSCEF: 11/08/2017

Case 17-20934   Doc 30-2   Filed 01/10/18   Entered 01/10/18 10:22:38   Desc Exhibit
Revised Order   Page 5 of 7

It is further **ORDERED** that a warrant for the arrest of Danzik be issued forthwith, and that upon his arrest Danzik be brought before this Court. The record in this matter indicates that Danzik resides in Maricopa County, Arizona and/or in Cody, Park County, Wyoming, and it is therefore further ordered that the New York City Sheriff's Office enter the warrant into NCIC. It is the Court's intention that Danzik be extradited if arrested outside this Court's jurisdiction, and

Dated: 11/8/17

ENTER:

_____
J.S.C.

**SHIRLEY WERNER KORNREICH**
J.S.C

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK: IAS PART 54

| | |
|---|---|
| GEM HOLDCO, LLC, and GEM VENTURES, LTD, <br><br> *Plaintiffs,* <br><br> -against- <br><br> CWT CANADA II LIMITED PARTNERSHIP, RESOURCE RECOVERY CORPORATION, JEAN NOELTING, RIDGELINE ENERGY SERVICES, INC., DENNIS DANZIK, DOUGLAS JOHNSON and KELLY SLEDZ, <br><br> *Defendants.* | Index No.: 650841/2013 <br> (Kornreich, J.) <br><br> **WARRANT OF ARREST** |
| CWT CANADA II LIMITED PARTNERSHIP, RESOURCE RECOVERY CORPORATION and JEAN NOLETING, <br><br> *Third-Party Plaintiffs* <br><br> -against- <br><br> EDWARD TOBIN, CHRISTOPHER BROWN, DEJA II, LLC, ELIZABETH DANZIK and RES MANAGEMENT, INC.; <br><br> *Third-Party Defendants.* | |

IN THE NAME OF THE PEOPLE OF THE STATE OF NEW YORK
TO THE NEW YORK CITY SHERIFF'S OFFICE AND ANY AUTHORIZED LAW ENFORCEMENT OFFICER

YOU ARE COMMANDED to arrest DENNIS M. DANZIK and bring him before this Court,

Hon. Shirley W. Kornreich, a Justice of the Supreme Court at Part 54 thereof, held at the

Courthouse at 60 Centre Street, New York, New York, in response to DENNIS M. DANZIK

having been adjudged guilty of criminal and civil contempt, pursuant to the Judiciary Law

§§ 751, 753 *et seq.*, 773-774, and the Court's inherent powers, by decision of the Supreme Court,

New York County (Kornreich, J.), dated June 3, 2016.

FILED: NEW YORK COUNTY CLERK 11/08/2017 10:15 AM
NYSCEF DOC. NO. 177
INDEX NO. 650841/2013
RECEIVED NYSCEF: 11/08/2017

Case 17-20934   Doc 30-2   Filed 01/10/18   Entered 01/10/18 10:22:38   Desc Exhibit
Revised Order   Page 7 of 7

The record in this matter reflects that Danzik resides in Maricopa County, Arizona and/or in Cody, Park County Wyoming, and it is therefore further ordered that the New York City Sheriff's Office enter this warrant into NCIC. It is the Court's intention that Danzik be extradited if arrested outside this Court's jurisdiction.

You have this warrant pursuant to Judiciary Law § 2-b(3).

Dated: New York, New York
       October ____, 2017

_____
J.S.C.

11/8/17

SHIRLEY WERNER KORNREICH
J.S.C.