# EXHIBIT J

**WYO Tech Investment Group, LLC**

January 6, 2018

Corporate Address:
16100 N 71st Street
Scottsdale, Arizona 85260

Mr. Dennis M. Danzik
1108 14th Street
Cody, Wyoming 82414

Arizona Operations and Physical Laboratory
7543 E Tierra Buena Lane
Scottsdale, Arizona 85260

Nevada Plant and Physical Laboratory
1280 Rockpebble
North Las Vegas, Nevada 89030

CONFIDENTIAL- Termination of current WYO Tech Employment

Dennis;

Per our numerous conversations over the last several weeks I feel that it is best that WYO terminate its Contractor and Employment Agreement, last version executed on March 22, 2017, for Cause, under 5(A)(c).

I know that this is not good news, and I find this whole matter distasteful, but as you agreed, this may take some time to sort out due to the behavior and vendetta that Wurtzel has out for you.

While I certainly do not think you guilty of anything, quite the opposite; I have a responsibility to the members of WYO to protect assets and both Rick Walker and myself feel that Jeffery Eilender and Joshua Wurtzel are lawless, and destructive. They are unpredictable and have no intention of following the ethical norms of most attorneys.

This is an import, and probably the last "startup" that I will be involved with and I do not wish it to turn into a larger mess than what it already is at this point.

I have instructed Rick to file as fast as possible in court to limit damages and hopefully in the near future sit down and see if our goals might be aligned in the future. At the present time, a total disconnect is required so that we can sort out what has happened, and move to recover the money that was illegally taken from us.

I do want you to work with Doug and see if we can work out a contract on that side of things and I will tell him that you can assist him. Both labs on installs could use your help, I know that the compensation is not even close to comparable, but it may help out in the short term.

I will instruct Doug that we will stand behind the rest of the agreement, and you have my word on that fact, no matter the cost.

My hope is that you will help us get replacement help and as soon as we have our day in court and are able to reclaim our funds, then Rick, Doug, and I can sit with you and discuss how we might weave you into some future plans. Right now, I need to keep pace, and you're helping us mothball both operations will limit our losses and I know that will help with a restart.

1

I am willing to pay you on a spot basis in January for fieldwork at a day rate, plus expenses, and you can pick up some same day project work from Doug. This should give you some monthly revenue from vendors, or work hard to close your project contract with IEC next month.

Let's get a meeting time set through the holidays and assist Rick with any information that you can give us on these attorneys in New York, and we can work with your attorneys to bring this matter to a conclusion as quickly as is possible.

Respectfully,

*William Hinz*
Managing Member
CEO

Rec'd – 1/6/1*
mtg – 1/*/201* 1:30pm

2