KEN McCARTNEY, Bar No. 5-1335
The Law Offices of Ken McCartney, P.C.
Post Office Box 1364
Cheyenne, WY 82003
Tel (307) 635-0555
Email: bnkrpcyrep@aol.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WYOMING

In re:                              )
    DENNIS MEYER DANZIK,       )
                                    )        Case No.  17-20934
                                    )          CHAPTER 11
                          Debtor.    )

### DEBTOR'S STATEMENT OF NO OPPOSITION TO STAY RELIEF AS REQUESTED BY WYO TECH

COMES NOW the Debtor above named, by proposed counsel, Ken McCartney of The Law Offices of Ken McCartney, P.C., and he advises the Debtor offers no opposition to stay relief as requrested by Wyo Tech.  The Debtor and the estate have absolutely no interest in the subject matter of the interpleader and have already made sworn statements to that effect.

WHEREFORE the Debtor prays the the applicant be allowed request for relief from the Automatic Stay  to allow it to resolve issues over the control of its funds.

DATED this 20th day of February, 2018.

                RESPECTFULLY SUBMITTED FOR:
                DENNIS MEYER DANZIK
                PROPOSED COUNSEL FOR THE DIP

                By:
                /s/ Ken McCartney
                KEN McCARTNEY, #5-1335
                The Law Offices of Ken McCartney, P.C.
                P.O. Box 1364
                Cheyenne, WY 82003-1364
                Telephone: (307) 635-0555
                Email: bnkrpcyrep@aol.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 20th day of February 2018, a true and correct copy of the foregoing *Consent to Stay Relief* was served to the following parties:

| | |
|---|---|
| Daniel Morse<br>Deputy US Trustee | Via Electronic Mail Only |
| Margaret White<br>Karpan & White | Via Electronic Mail Only |

/s/ Ken McCartney
KEN McCARTNEY