UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF WYOMING
*Minutes of Proceeding*



4:28 pm, 4/18/18

Tim J. Ellis
Clerk of Court

Date: April 18, 2018  HONORABLE Cathleen D. Parker, Presiding

Location: Telephone Conference

| | | | |
|---|---|---|---|
| In re: | | Case No: 17-20934 | |
| Dennis Meyer Danzik | Debtor(s) | Chapter 11 | |

Appearances

| | | | |
|---|---|---|---|
| Debtor(s) | Dennis Meyer Danzik | Counsel | Ken McCartney |
| Creditor | Wyo Tech Investment Group, LLC | Counsel | Margaret White |
| Creditor | CWT Canada Limited Partnership and Resource Recovery Corporation | Counsel | Brad Hunsicker |

Proceedings: Preliminary hearing on the Motion for Relief from Stay filed by Wyo Tech Investment Group, LLC (ECF No. 57), the limited objection filed by CWT Canada Limited Partnership and Resource Recovery Corporation's (ECF No. 61), and Wyo Tech's Reply (ECF No. 73)

Orders:
☒   Relief sought  ☒  Granted  ☐  Denied  ☐  Case Dismissed  ☐  Continued
☐   Matter taken under advisement
☒   Formal order or judgment to enter       to be prepared   court
☐   These minutes constitute the Court's official order in this matter

BY THE COURT:

*Cathleen D. Parker*    4/18/2018

Honorable Cathleen D. Parker
United States Bankruptcy Judge