

FILED
4:33 pm, 4/18/18
Tim J. Ellis
Clerk of Court

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| In re: | ) |
| | ) |
| DENNIS MEYER DANZIK | ) Case No. 17- 20934 |
| | ) CHAPTER 11 |
| Debtor. | ) |

## ORDER MODIFYING STAY

This matter came before the court for a non-evidentiary hearing on April 18, 2018, on Wyo Tech Investment Group, LLC's motion to modify stay, Debtor's response, and the limited objection filed by CWT Canada II Limited Partnership and Resource Recovery Corporation. It appears notice of the motion was sent to the debtor, Dennis Danzik, counsel for Wells Fargo, counsel for the Judgment Claimants and the U. S. Trustee.

Upon review of the record and parties' statements, the court finds that all parties to the interpleader should be permitted to proceed with the Interpleader Action filed by Wells Fargo Bank, N.A., in the United States District Court for the District of Arizona as case number 2:17-cv-04140-JJT.

IT IS ORDERED, that the stay afforded by 11 U.S.C. Section 362 terminated and the interpleader parties may proceed with the Interpleader Action.

BY THE COURT

_____  4/18/2018
Honorable Cathleen D. Parker
United States Bankruptcy Judge