B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

District of Wyoming

In re  Dennis Meyer Danzik ,  Case No. 17-20934
Debtor

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: December 2017        Date filed: 05/29/2018

Line of Business: Engineering and Design Consulting      NAISC Code: 541330

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_/s/ Dennis M. Danzik_
Original Signature of Responsible Party

Dennis M. Danzik
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☐ | ☒ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☐ | ☒ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☐ | ☒ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☐ | ☒ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☒ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☒ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☒ |

B 25C (Official Form 25C) (12/08)

| | | Yes | No |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☑   ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME   $   28,211.00

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month   $   7,411.00
Cash on Hand at End of Month   $   7,411.00

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL   $   7,411.00

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES   $   3,883.00

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*   $   28,211.00
EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*   $   3,883.00

*(Subtract Line C from Line B)*   CASH PROFIT FOR THE MONTH   $   24,328.00

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES  $  3,883.00

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES  $  20,800.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 0 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 0 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | |
|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ 0.00 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ 0.00 |

*NON-BANKRUPTCY RELATED:*

| | |
|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ 0.00 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ 0.00 |

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 20,000.00 | $ 28,211.00 | $ 8,211.00 |
| EXPENSES | $ 7,500.00 | $ 3,883.00 | $ 3,617.00 |
| CASH PROFIT | $ 12,500.00 | $ 24,328.00 | $ 11,828.00 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $ 20,000.00
TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $ 7,500.00
TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ 12,500.00

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

**Exhibit A – Monthly Operating Report   -   December 2017**

**TAXES**

Chapter 11 Case Number: 17-20934                     May 29, 2018

Dennis Meyer Danzik

**Tax Returns**

I continue to receive correspondence back from the IRS on tax returns filed.
I am in contact with the IRS office in Denver.

I will file another Exhibit A with my May monthly operating report and an update
on each return and the amount owing.

I filed an extension for my 2017 return but will be filing that return in June. I have completed
amended returns back to 2008 but may not be required to go back that far in filing time.

In late August of last year, a substantial amount of stolen business records were recovered in
a storage facility in Joplin Missouri. Some of these records included my financial records.
It has taken the forensic people through early May of this year to get through the more than
14,000 documents, four computers and other electronic data. I have copies of this data and
will be including these in my tax filings where required.

I am completing my federal voluntary disclosure and I am also completing voluntary disclosure
(Form 11158) with the State of Arizona for non-resident taxes, which I do not think will be substantial
or will materially affect my ability to complete my chapter 11 plan, when filed.

From May 2018 on, my hired accountants at Halley Murray will be handling all of my accounting
and remaining tax filings, and electronic access to my debtor in possession and tax accounts.

I have confidence that I will have all return information in by June 30th 2018, but it may take longer
to obtain or reach agreement on what my final account balance will be after various fees and interest
calculations. I am placing $ 20,000.00 per month in my tax payment account to show that I have the
means necessary to payoff all taxes owed.

**Period Ending December 31, 2017**

**DENNIS M. DANZIK**

Case Number: 17-20934

Exhibit B - Monthly Operating Report

Cash and Income

| | DATE | INCOME RUNNING SHEET | NOTE | AMOUNT | |
|---|---|---|---|---|---|
| | | Source | | | |
| 1 | 12/1/17 | Invoice Out - Client Contract 01 | | $ | 19,100.00 |
| 2 | 12/6/17 | Invoice Out - Client Contract 04 | | $ | 1,700.00 |
| 3 | 12/31/17 | Ending Cash | | $ | 7,295.76 |
| 4 | 12/31/17 | Wells Fargo Account | | $ | 115.24 |
| | | **Total Earnings** | | $ | 20,800.00 |
| | | **TOTAL** | | $ | 28,211.00 |
| | | **RECEIVEABLES** | | $ | 20,800.00 |

**Period Ending December 31, 2017**

**DENNIS M. DANZIK**

Case Number: 17-20934

**Exhibit C - Monthly Operating Report**

**Expenses**

| # | DATE | EXPENSE RUNNING SHEET Payee | NOTE | AMOUNT | PAYMENTS | Credit Last 4 |
|---|---|---|---|---|---|---|
| 1 | 12/3/17 | AJ's | Groceries | $ 95.59 | 2 | 9116 |
| 2 | 12/4/17 | Card Fee | Fee | $ 4.95 | 2 | 2363 |
| 3 | 12/4/17 | Access counseling | Accounting | $ 10.90 | 2 | 9116 |
| 4 | 12/4/17 | Credit Protect | Fee | $ 0.02 | 2 | 9116 |
| 5 | 12/4/17 | Interest Charge on Purchases | Fee | $ 1.75 | 2 | 9116 |
| 6 | 12/5/17 | Amazon Prime | Membership | $ 11.86 | 2 | 9948 |
| 7 | 12/5/17 | Returned Payment Charge | Fee | $ 4.95 | 2 | 2363 |
| 8 | 12/8/17 | Card Fee | Fee | $ 4.95 | 2 | 0152 |
| 9 | 12/8/17 | Audible | Book | $ 16.14 | 2 | 9948 |
| 10 | 12/13/17 | Payment protection plan | Fee | $ 0.04 | 2 | 0152 |
| 11 | 12/15/17 | Renew Pcmatic | Software | $ 49.99 | 2 | 0152 |
| 12 | 12/18/17 | Automatic Payment | Payment | $ 20.04 | 2 | 2363 |
| 13 | 12/22/17 | Nevada SRI Food and Fuel | Groceries/Food | $ 211.00 | 2 | 1016 |
| 14 | 12/27/17 | Credit One Reward Credit | Credit | $ (0.96) | 2 | 9116 |
| 15 | 12/27/17 | Credit Due to Max first Year Fees | Credit | $ 100.00 | 2 | 9948 |
| 16 | 12/31/17 | Estimated Taxes | Taxes | $ 3,411.00 | 3 | Tax |
| 17 | 12/31/17 | Bank Fee | Fee | $ 10.00 | 2 | 6456 |
| 18 | 12/31/17 | Credit - Card Ending 9948 | Credit | $ (69.22) | | |
| | | TOTAL | | $ 3,883.00 | 1 CASH 2 CC | |

**Period Ending December 31, 2017**

DENNIS M. DANZIK

Case Number: 17-20934

Exhibit D - Monthly Operating Report

Unpaid Bills

| # | DATE | UNPAID BILLS Description | NOTE | AMOUNT | |
|---|------|--------------------------|------|--------|---|
| 1 | 12/31/17 | Credit Card Ending 4447 | Balance Due | $ | 2.07 |
| 2 | 12/31/17 | Credit Card Ending 9948 | Balance Due | $ | (69.22) CREDIT |
| 3 | 12/31/17 | Credit Card Ending 0152 | Balance Due | $ | 4.99 |
| 4 | 12/31/17 | Credit Card Ending 2363 | Balance Due | $ | - |
| 5 | 12/31/17 | Credit Card Ending 3593 | Balance Due | $ | - |
| 6 | 12/31/17 | Credit Card Ending 9948 | Balance Due | $ | - |
| 7 | 12/31/17 | Credit Card Ending 6632 | Balance Due | $ | - |
| 8 | 12/31/17 | Estimated taxes (current only) | Estimate | $ | 3,411.00 |

TOTAL $ 3,348.84

**Period Ending December 31, 2017**

DENNIS M. DANZIK

Case Number: 17-20934

Exhibit E - Monthly Operating Report

Receivables

| | DATE | RECEIVABLES Description | Client Code | NOTE | AMOUNT |
|---|---|---|---|---|---|
| 1 | 12/1/17 | Invoice 17-12010022 | 1 | Invoice | $ 19,100.00 |
| 2 | 12/6/17 | Invoice 17-12010023 | 4 | Invoice | $  1,700.00 |
| | | TOTAL | | | $ 20,800.00 |

# Wells Fargo Everyday Checking

Account number: 456 ■ December 1, 2017 - December 31, 2017 ■ Page 1 of 3




EXHIBIT E

DENNIS M DANZIK
1108 14TH ST
405
CODY WY 82414-3743

### Questions?

Available by phone 24 hours a day, 7 days a week:
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS** (1-800-869-3557)

TTY: 1-800-877-4833
En español: 1-877-727-2932
華語 1-800-288-2288 (6 am to 7 pm PT, M-F)

Online: wellsfargo.com

Write: Wells Fargo Bank, N.A. (038)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

### Account options

A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | |
| My Spending Report | ✓ | Overdraft Service | ☐ |

### Activity summary

| | |
|---|---:|
| Beginning balance on 12/1 | $125.24 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 10.00 |
| Ending balance on 12/31 | $115.24 |

Account number: 
**DENNIS M DANZIK**
Arizona account terms and conditions apply
For Direct Deposit use
Routing Number (RTN): 122105278

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

(38)
Sheet Seq = 0061509

Account number:  6456   ■ December 1, 2017 - December 31, 2017   ■ Page 2 of 3

 WELLS FARGO

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 12/29 | | Monthly Service Fee | | 10.00 | 115.24 |
| Ending balance on 12/31 | | | | | 115.24 |
| Totals | | | $0.00 | $10.00 | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

## Summary of Overdraft and Returned Item fee(s)

| | Total this statement period | Total year-to-date † |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $35.00 |

† Year-to-date total reflects fees assessed or reversed since first full statement period of current calendar year.

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

Fee period 12/01/2017 - 12/31/2017         Standard monthly service fee $10.00      You paid $10.00

How to avoid the monthly service fee
Have any ONE of the following account requirements                Minimum required        This fee period
 · Minimum daily balance
 · Total amount of qualifying direct deposits                     $1,500.00              $125.24 ☐
 · Total number of posted Wells Fargo Debit Card purchases and/or payments   $500.00        $0.00 ☐
 · The fee is waived when the account is linked to a Wells Fargo Campus ATM or   10         0 ☐
   Campus Debit Card

Monthly service fee discount(s) (applied when box is checked)
Age of primary account owner is 17 - 24 ($5.00 discount)   ☐

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
RC/RC

 **IMPORTANT ACCOUNT INFORMATION**

If you currently receive online statements, starting in March, we will consider your statement delivered to you when it has been posted to wellsfargo.com. Your online account statement will be made available through Wells Fargo Online® Banking 24 - 48 hours after the end of your statement period. We will continue to notify you when your statement becomes available via the email address you provided. If you receive paper statements, we will continue to send your statements through U.S. Mail.

If you would like to change your delivery preference, sign on at wellsfargo.com or the Wells Fargo mobile app and go to Update Contact Information or call us at 1-800-956-4442, 24 hours a day, 7 days a week.