B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

District of Wyoming

In re  Dennis Meyer Danzik,  
                Debtor

Case No.  17-20934

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:  February 2018  
Line of Business:  Engineering and Design Consulting  
Date filed:  05/29/2018  
NAISC Code:  541330

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_/s/ Dennis M. Danzik_  
Original Signature of Responsible Party

Dennis M. Danzik  
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☐ | ☑ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☐ | ☑ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☐ | ☑ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

Page 2

B 25C (Official Form 25C) (12/08)

| | | Yes | No |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☑   ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME   $ 26,890.00

### SUMMARY OF CASH ON HAND

| | |
|---|---|
| Cash on Hand at Start of Month | $ 7,391.00 |
| Cash on Hand at End of Month | $ 7,391.00 |

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL   $ 7,391.00

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES   $ 4,333.45

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | | $ 26,890.00 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | | $ 4,333.45 |
| *(Subtract Line C from Line B)* | CASH PROFIT FOR THE MONTH | $ 22,556.55 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES  $   4,336.08

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES  $   71,790.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 0 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 0 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?   $   0.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?   $   0.00

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?   $   0.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?   $   0.00

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 25,000.00 | $ 26,890.00 | $ 1,890.00 |
| EXPENSES | $ 8,000.00 | $ 4,333.45 | $ 3,666.55 |
| CASH PROFIT | $ 13,000.00 | $ 22,556.55 | $ 9,556.55 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $ 30,000.00
TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $ 9,000.00
TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ 21,000.00

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

**Period Ending February 28, 2018**

DENNIS M. DANZIK

Case Number: 17-20934

| Exhibit B - Monthly Operating Report |
| --- |
| Cash and Income |

| DATE | INCOME RUNNING SHEET | NOTE | AMOUNT |
|---|---|---|---|
| | Source | | |
| 1 | Invoice Out - Client Contract 01 | | $ 26,740.00 |
| 2 | Invoice Out - Client Contract 03 | | $ 150.00 |
| 3 | Ending Cash | | $ 7,195.76 |
| 4 | Wells Fargo Account | | $ 95.24 |
| 5 | US Bank Debtor in Possession | | $ 100.00 |
| | **Total Earnings** | | $ 26,890.00 |
| | **TOTAL** | | $ 34,281.00 |
| | **RECEIVEABLES** | | $ 26,990.00 |

**Period Ending February 28, 2018**

DENNIS M. DANZIK

Case Number: 17-20934

Exhibit C - Monthly Operating Report

Expenses

| | DATE | EXPENSE RUNNING SHEET | NOTE | AMOUNT | PAYMENT | Credit Last 4 |
|---|---|---|---|---|---|---|
| | | Payee | | | | |
| 1 | 2/3/18 | Card Fee | Fee | $ 4.95 | 2 | 2363 |
| 2 | 2/4/18 | Credit Protect | Fee | $ 0.01 | 2 | 9116 |
| 3 | 2/4/18 | Late Fee | Fee | $ 2.07 | 2 | 9116 |
| 4 | 2/4/18 | Interest Charged | Fee | $ 1.31 | 2 | 9116 |
| 5 | 2/8/18 | Card Fee | Fee | $ 4.95 | 2 | 0152 |
| 6 | 2/8/18 | Pacer | Fee | $ 25.30 | 2 | 9116 |
| 7 | 2/8/18 | Audible | Book | $ 16.14 | 2 | 9116 |
| 8 | 2/9/18 | Protection Plan | Fee | $ 0.04 | 2 | 0152 |
| 9 | 2/9/18 | The Home Depot | Supplies | $ 51.02 | 2 | 9116 |
| 10 | 2/9/18 | Chevron | Fuel | $ 77.42 | 2 | 3593 |
| 11 | 2/19/18 | Iterest charge fee | Fee | $ 0.24 | 2 | 2363 |
| 12 | 2/28/18 | Estimated Taxes | Tax | $ 4,140.00 | 3 | Tax |
| 12 | 2/28/18 | Bank Fee | Fee | $ 10.00 | 2 | 6456 |
| | | TOTAL | | $ 4,333.45 | 1 CASH<br>2 CC<br>3 Tax | |

**Period Ending February 28, 2018**

DENNIS M. DANZIK

Case Number: 17-20934

**Exhibit D - Monthly Operating Report**

**Unpaid Bills**

| | DATE | UNPAID BILLS / Description | NOTE | AMOUNT | |
|---|---|---|---|---|---|
| 1 | 2/28/18 | Credit Card Ending 4447 | Balance Due | $ 97.75 | |
| 2 | 2/28/18 | Credit Card Ending 9948 | Balance Due | $ (69.22) | CREDIT |
| 3 | 2/28/18 | Credit Card Ending 0152 | Balance Due | $ 4.99 | |
| 4 | 2/28/18 | Credit Card Ending 2363 | Balance Due | $ 10.14 | |
| 5 | 2/28/18 | Credit Card Ending 3593 | Balance Due | $ 152.42 | |
| 7 | 2/28/18 | Credit Card Ending 6632 | Balance Due | $ - | |
| 8 | 2/28/18 | Estimated taxes (current only) | Estimate | $ 4,140.00 | |
| | | TOTAL | | $ 4,336.08 | |

**Period Ending February 28, 2018**

DENNIS M. DANZIK

Case Number: 17-20934

| Exhibit E - Monthly Operating Report |
|---|
| Receivables |

| | DATE | RECEIVABLES - Runing Total and Collections | | NOTE | AMOUNT |
|---|---|---|---|---|---|
| | | Description | Client Code | | |
| 1 | 12/1/17 | Invoice 17-12010022 | 1 | Invoice | $ 19,100.00 |
| 2 | 12/6/17 | Invoice 17-12010023 | 4 | Invoice | $ 1,700.00 |
| 3 | 1/8/2018 | Invoice 18-01010024 | 4 | Invoice | $ 2,600.00 |
| 4 | 1/31/2018 | Invoice 18-01010025 | 1 | Invoice | $ 21,500.00 |
| 5 | 2/1/2018 | Invoice 18-01010026 | 3 | Invoice | $ 150.00 |
| 6 | 2/28/2018 | Invoice 18-01010027 | 1 | Invoice | $ 26,740.00 |
| | | **TOTAL** | | | **$ 71,790.00** |

# Wells Fargo Everyday Checking

Account number: ____456 ■ February 1, 2018 - February 28, 2018 ■ Page 1 of 4




DENNIS M DANZIK
1108 14TH ST
405
CODY WY 82414-3743

## Questions?

Available by phone 24 hours a day, 7 days a week:
Telecommunications Relay Services calls accepted
**1-800-TO-WELLS** (1-800-869-3557)

TTY: 1-800-877-4833
En español: 1-877-727-2932
華語 1-800-288-2288 (6 am to 7 pm PT, M-F)

Online: wellsfargo.com

Write: Wells Fargo Bank, N.A. (038)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---:|
| Beginning balance on 2/1 | $105.24 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 10.00 |
| **Ending balance on 2/28** | **$95.24** |

Account number: ____456
**DENNIS M DANZIK**
Arizona account terms and conditions apply
For Direct Deposit use
Routing Number (RTN): 122105278

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

(38)
Sheet Seq = 0065822

Account number: _____456 ■ February 1, 2018 - February 28, 2018 ■ Page 2 of 4



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 2/28 | | Monthly Service Fee | | 10.00 | 95.24 |
| Ending balance on 2/28 | | | | | 95.24 |
| Totals | | | $0.00 | $10.00 | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/01/2018 - 02/28/2018 | Standard monthly service fee $10.00 | You paid $10.00 |
|---|---|---|
| How to avoid the monthly service fee
Have any ONE of the following account requirements | Minimum required | This fee period |
| · Minimum daily balance | $1,500.00 | $105.24 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 0 ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

Monthly service fee discount(s) *(applied when box is checked)*
Age of primary account owner is 17 - 24 ($5.00 discount)   ☐
RC/RC

 IMPORTANT ACCOUNT INFORMATION

Reminder about effect of pending debit card transactions on your account

For each debit card transaction, we place an authorization hold on your account and track the "pending" transaction until the merchant sends the final payment instruction to the bank. We receive final payment instructions for most transactions within one to two business days, but we generally must release the authorization hold after three business days. While pending, these transactions reduce your available balance. If transactions are presented for payment when your account has an insufficient available balance, you may be charged overdraft and/or insufficient fund (NSF) fees on those transactions. The bank will assess no more than three (3) $35 overdraft and/or NSF fees per day.

To help you manage your account balance and avoid overdrafts, we recently enhanced our balance alert by including a new automatic "zero balance" feature for customers who are enrolled in online banking. When you make a purchase or the bank receives incoming transactions such as checks or recurring automatic payments that bring your account balance, as reflected in the bank's records, to zero or negative, we will send an alert to your email. You may also request the alert be sent to you via a text message or push message to any cell phone you specify. If you make a covering deposit or transfer of immediately available funds before we start our nightly processing of transactions, you can avoid overdraft and NSF fees. You can also easily check your available balance online or via mobile banking prior to making a purchase to avoid initiating transactions that result in overdraft or NSF fees. Keep in mind that your available balance does not include transactions that we don't know about yet, for example checks you have just written or the automatic payments you have previously authorized.



P.O. Box 1800
Saint Paul, Minnesota 55101-0800

5131    DUP              S        X    IP01

**Uni-Statement**

Account Number:
6190
Statement Period:
Feb 5, 2018
through
Feb 12, 2018

Page 1 of 1

000081333 01 SP 0.470 106481451373024 P N
ESTATE OF DENNIS M DANZIK
DEBTOR IN POSSESSION
BANKRUPTCY CASE #17-20934
308 W 21ST ST
CHEYENNE WY 82001-3663


By Phone:

**To Contact U.S. Bank**
1-800-US BANKS
(1-800-872-2657)

U.S. Bank accepts Relay Calls
Internet:
usbank.com

## INFORMATION YOU SHOULD KNOW

Important changes are coming to your Online and Mobile Financial Services Agreement. Review the changes being made by clicking on the banner on your My Accounts page in Online Banking to learn more.

Effective February 12, 2018 we are making a change to provide more timely information for our customers. If a transaction causes an overdraft, any Overdraft Paid Fee(s) or Overdraft Returned Fee(s) will now show on the account by 6 AM CT under normal circumstances rather than midday. This change will allow you to see the impact of fees on your available balance earlier in the day. For terms and conditions regarding overdrafts, please refer to the "Your Deposit Account Agreement" booklet and "Consumer Pricing Information" brochure.

## EASY CHECKING
U.S. Bank National Association                                    Member FDIC
**Account Summary**                                   Account Number   /6190
Beginning Balance on Feb 5         $         0.00   Number of Days in Statement Period          8
Deposits / Credits                          100.00   Average Account Balance         $         0.00
Ending Balance on Feb 12, 2018   $       100.00

**Deposits / Credits**

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| Feb 5 | Deposit | 8057744324 | $ 100.00 |
|  | Total Deposits / Credits |  | $ 100.00 |

**Balance Summary**

| Date | Ending Balance |
|---|---|
| Feb 5 | 100.00 |

Balances only appear for days reflecting change.