B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

### District of Wyoming

In re   Dennis Meyer Danzik                    ,          Case No.   17-20934

            *Debtor*

                                                       Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:   May 2018                              Date filed:   08/01/2018

Line of Business:   Engineering and Design Consulting          NAISC Code:   541330

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

Original Signature of Responsible Party

Dennis M. Danzik

Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☐ | ☑ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☐ | ☑ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☐ | ☑ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

Page 2

B 25C (Official Form 25C) (12/08)

| | | |
|---|---|---|
| 14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

### TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☑   ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

### INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH.  THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL INCOME** | $ | 61,860.00 |

#### SUMMARY OF CASH ON HAND

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | 70,365.91 |
| Cash on Hand at End of Month | $ | 176,118.49 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   **TOTAL** | $ | 176,118.49 |

*(Exhibit B)*

### EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH.  INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT.  *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL EXPENSES** | $ | 11,577.11 |

*(Exhibit C)*

### CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 61,860.00 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 11,577.11 |
| *(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH** | $ | 50,282.89 |

Page 3

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED
SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE
THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE
DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ ___7,015.39___

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK
YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO
OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY
WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ ___23,400.00___

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU
HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED
BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?                     ___0___

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?        ___0___

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING
PERIOD?                                                                    $ ___0.00___

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING
OF THE CASE?                                                               $ ___0.00___

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS
REPORTING PERIOD?                                                          $ ___0.00___

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE
FILING OF THE CASE?                                                        $ ___0.00___

Page 4

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180
DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|             | Projected | Actual | Difference |
|-------------|-----------|--------|------------|
| INCOME      | $ 30,000.00 | $ 61,860.00 | $ 31,860.00 |
| EXPENSES    | $ 9,000.00 | $ 11,577.11 | $ -2,577.11 |
| CASH PROFIT | $ 21,000.00 | $ 50,282.89 | $ 29,282.89 |

| | |
|---|---|
| TOTAL PROJECTED INCOME FOR THE NEXT MONTH: | $ 85,000.00 |
| TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: | $ 25,000.00 |
| TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: | $ 60,000.00 |

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET
WHICH YOU PREPARE INTERNALLY.

Period Ending May 31, 2018

**DENNIS M. DANZIK**

Case Number: 17-20934

Exhibit B - Monthly Operating Report

Cash and Income

| | DATE | INCOME RUNNING SHEET | NOTE | | AMOUNT |
|---|---|---|---|---|---|
| | | Source | | | |
| | 3/23/2018 | Payment Received | 1 | $ | 60,000.00 |
| | 5/1/2018 | Payment Received | 1 | $ | 119,000.00 |
| 1 | | Invoice Out - Client Contract 01 | | $ | 61,860.00 |
| 3 | | Ending Cash | | $ | 7,195.76 |
| 4 | | Wells Fargo Account | | $ | 65.24 |
| 5 | | US Bank Debtor in Possession | | $ | 136,084.70 |
| 6 | | US Bank Debtor in Possession - Tax Account | | $ | 39,968.55 |
| | | **Total Earnings** | | | |
| | | **TOTAL** | | $ | 245,174.25 |
| | | **RECEIVEABLES** | | $ | 23,400.00 |

Period Ending May 31, 2018

DENNIS M. DANZIK

Case Number: 17-20934

| | | | | Exhibit C - Monthly Operating Report |
| | | | | Expenses |

| | DATE | EXPENSE RUNNING SHEET | NOTE | AMOUNT | | PAYMENT | | Credit Last 4 |
|---|---|---|---|---|---|---|---|---|
| | | Payee | | | | | | |
| 1 | 5/3/18 | Annual Fee | Fee | $ | 60.00 | | 2 | 6332 |
| 2 | 5/4/18 | Credit Protect | Fee | $ | 0.24 | | 2 | 9116 |
| 3 | 5/4/18 | Annual Fee | Fee | $ | 8.25 | | 2 | 9116 |
| 4 | 5/4/18 | Minimum Interest Charge | Fee | $ | 1.00 | | 2 | 9116 |
| 5 | 5/4/18 | Interest Charge on Purchases | Fee | $ | 2.34 | | 2 | 9116 |
| 6 | 5/8/18 | Credit Card 3593 | Payment | | | $ | 285.98 | 2 | 3593 |
| 7 | 5/8/18 | Card Fee 3593 | Fee | $ | 4.95 | | 2 | 0152 |
| 8 | 5/11/18 | Murray Accountants | Retainer | $ | 5,000.00 | | 1 | |
| 8 | 5/13/18 | Payment Protection Plan | Fee | $ | 0.09 | | 2 | 0152 |
| 9 | 5/13/18 | Interest Charge on Purchases | Fee | $ | 0.24 | | 2 | 0152 |
| 10 | 5/21/18 | Credit Card - 0152 | Payment | | | $ | 10.27 | 2 | 0152 |
| 11 | 5/21/18 | Credit Card 6632 | Payment | | | $ | 69.95 | 2 | 6632 |
| 12 | 5/21/18 | Credit Card 2363 | Payment | | | | 109.9 | 2 | 2363 |
| 13 | 5/21/18 | Credit Card 9116 | Payment | | | | 239.78 | 2 | 9116 |
| 14 | 5/31/18 | Transfer to Tax Account | Transfer | | | $ | 20,000.00 | 3 | |
| 10 | 5/31/18 | Estimated Taxes | Tax | $ | 6,500.00 | | 3 | |

1 CASH
2 CC
3 Tax

| | | TOTAL | | $ | 11,577.11 | $ | 20,715.88 |

Period Ending May 31, 2018

DENNIS M. DANZIK

Case Number: 17-20934

Exhibit D - Monthly Operating Report

Unpaid Bills

| | DATE | UNPAID BILLS | NOTE | AMOUNT | |
|---|---|---|---|---|---|
| | | Description | | | |
| 1 | 5/31/18 | Credit Card Ending 9116 | Balance Due | $ | 280.88 |
| 2 | 5/31/18 | Credit Card Ending 9948 | Balance Due | $ | - |
| 3 | 5/31/18 | Credit Card Ending 0152 | Balance Due | $ | 4.99 |
| 4 | 5/31/18 | Credit Card Ending 2363 | Balance Due | $ | - |
| 5 | 5/31/18 | Credit Card Ending 3593 | Balance Due | $ | - |
| 7 | 5/31/18 | Credit Card Ending 6632 | Balance Due | $ | 229.52 |
| 8 | 5/31/18 | Estimated taxes (current only) | Estimate | $ | 6,500.00 |

| TOTAL | | | | $ | 7,015.39 |

Period Ending May 31, 2018

DENNIS M. DANZIK

Case Number: 17-20934

| | | | Exhibit E - Monthly Operating Report |
| --- | --- | --- | --- |
| | | | Receivables |

| | DATE | RECEIVABLES - Runing Total and Collections | Client Code | NOTE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| | | Description | | | |
| 1 | 12/1/17 | Invoice 17-12010022 | 1 | Invoice | $ 19,100.00 |
| 2 | 12/6/17 | Invoice 17-12010023 | 4 | Invoice | $ 1,700.00 |
| 3 | 1/8/2018 | Invoice 18-01010024 | 4 | Invoice | $ 2,600.00 |
| 4 | 1/31/2018 | Invoice 18-01010025 | 1 | Invoice | $ 21,500.00 |
| 5 | 2/1/2018 | Invoice 18-01010026 | 3 | Invoice | $ 150.00 |
| 6 | 2/28/2018 | Invoice 18-01010027 | 1 | Invoice | $ 26,740.00 |
| 7 | 3/1/2018 | Invoice 18-01010028 | 3 | Invoice | $ 150.00 |
| 8 | 3/31/2018 | Invoice 18-01010029 | 1 | Invoice | $ 31,400.00 |
| 9 | 4/30/2018 | Invoice 18-01010030 | 1 | Invoice | $ 37,200.00 |
| 10 | 5/1/2018 | Invoice 18-01010031 | 2 | Invoice | $ 61,860.00 |
| | | | | | |
| | 3/23/18 | Payment Received | 1 | Payment | $ 60,000.00 |
| | 5/1/18 | Payment Received | 2 | Payment | $ 119,000.00 |
| | | | | | |
| | | Total Payments Received | | | $ 179,000.00 |
| | | | | | |
| | | TOTAL BILLINGS | | | $ 202,400.00 |
| | | | | | |
| | | TOTAL RECEIVABLES | | | $ 23,400.00 |

# Wells Fargo Everyday Checking

Account number:  **6456**     ■ May 1, 2018 - May 31, 2018  ■ Page 1 of 3





DENNIS M DANZIK
1108 14TH ST
405
CODY WY 82414-3743

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語 1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (038)
          P.O. Box 6995
          Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our
company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these
convenient services with your account(s). Go to
wellsfargo.com or call the number above if you have
questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☐ |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | ☑ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $75.24 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 10.00 |
| **Ending balance on 5/31** | **$65.24** |

Account number:  **6456**

**DENNIS M DANZIK**

*Arizona account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  122105278

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements
please call the number listed on your statement or visit your Wells Fargo store.

Account number: **6456** ■ May 1, 2018 - May 31, 2018 ■ Page 2 of 3



---

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 5/31 | | Monthly Service Fee | | 10.00 | 65.24 |
| **Ending balance on 5/31** | | | | | **65.24** |
| **Totals** | | | **$0.00** | **$10.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 05/01/2018 - 05/31/2018 | Standard monthly service fee $10.00 | You paid $10.00 |
|------|------|------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $75.24 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 0 ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($5.00 discount)          ☐
RC/RC



# ✓ IMPORTANT ACCOUNT INFORMATION

---

**Important information about legal process fees.**

The fee for legal order processing, which includes handling levies, writs, garnishments, and any other legal documents that require funds to be attached, remains $125. The Bank will assess no more than a total of $250 in legal process fees per account, per calendar month. Please note that the calendar month may not coincide with your statement cycle.

Account number: **6456** ■ May 1, 2018 - May 31, 2018 ■ Page 3 of 3



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** Enter the ending balance on this statement.    $ _____

**B** List outstanding deposits and other credits to your account that do not appear on this statement. Enter the total in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | **$** |

➤ + $ _____

**C** Add **A** and **B** to calculate the subtotal.    = $ _____

**D** List outstanding checks, withdrawals, and other debits to your account that do not appear on this statement. Enter the total in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | **$** |

➤ - $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.    = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801      Member FDIC.

Period Ending March 31, 2018

**DENNIS M. DANZIK**

Case Number: 17-20934

| | Exhibit B - Monthly Operating Report |
|---|---|
| | Cash and Income |

| | DATE | INCOME RUNNING SHEET | NOTE | AMOUNT | |
|---|---|---|---|---|---|
| | | **Source** | | | |
| | 3/23/2018 | Payment Received | 1 | $ | 60,000.00 |
| | 5/1/2018 | Payment Received | 1 | $ | 119,000.00 |
| 1 | | Invoice Out - Client Contract 01 | | $ | 61,860.00 |
| 3 | | Ending Cash | | $ | 7,195.76 |
| 4 | | Wells Fargo Account | | $ | 65.24 |
| 5 | | US Bank Debtor in Possession | | $ | 136,084.70 |
| 6 | | US Bank Debtor in Possession - Tax Account | | $ | 39,968.55 |
| | | **Total Earnings** | | | |
| | | **TOTAL** | | $ | **245,174.25** |
| | | **RECEIVEABLES** | | $ | **23,400.00** |



**Uni-Statement**

Account Number:
6190
Statement Period:
May 1, 2018
through
May 31, 2018

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

5131      TRN          S          X     ST01

Page 1 of 2

000005366 01  MB  0.424  106481604122234 P  Y
ESTATE OF DENNIS M DANZIK
DEBTOR IN POSSESSION
BANKRUPTCY CASE #17-20934
10632 N SCOTTSDALE RD # 722
SCOTTSDALE AZ  85254-6164

☎                              **To Contact U.S. Bank**

**By Phone:**                  *1-800-US BANKS*
                               *(1-800-872-2657)*

*U.S. Bank accepts Relay Calls*

*Internet:*                    usbank.com

## INFORMATION YOU SHOULD KNOW

Thank you for choosing U.S. Bank. We're committed to providing clear communications and would like to take this opportunity to inform you of some upcoming changes to your Easy Checking account, effective May 14, 2018.

| Regarding your: | Current | New (as of May 14, 2018) |
|---|---|---|
| Extended Overdraft Fee | $25.00 fee is charged on the 8th calendar day and *each week* thereafter if the available account balance remains below $0.00. | $36.00 fee is charged if the available account balance remains negative for seven consecutive calendar days; you will be charged $36.00 on the eighth calendar day. |
| Overdraft Protection Transfer Fee | $12.50 - Overdraft Protection Transfer Fee[1] to a deposit account *(U.S. Bank consumer savings account, money market or a secondary checking account)* if a deposit account is set up as overdraft protection. | $0.00 - Overdraft Protection Transfer Fee[1] when a transfer is made from a linked deposit account *(U.S. Bank consumer savings account, money market or a secondary checking account)*. |
| | Fee remains as follows: $12.50 - Overdraft Protection Transfer Fee[1] when transfers are made from a linked credit account *(U.S. Bank Reserve Line, credit card, Premier Line, Home Equity Line of Credit, and/or other lines of credit).* | |
| Monthly Maintenance Fee | $6.95 with eStatements $8.95 with paper statements[2] | **$6.95** If you are enrolled in paper statements[2], a $2.00 Paper Statement Fee will be charged separately from the Monthly Maintenance Fee. |
| | Requirement to waive the Monthly Maintenance Fee remains as follows: Combined monthly direct deposits totaling $1,000.00+, OR Average account balance[3] of $1,500.00. | |
| Cashier's Checks | Cashier's Checks - 7.00 | Cashier's Checks - **8.00** |

[1] If you have linked eligible accounts, and the negative available balance in your checking account is $5.01 or more, the advance amount will transfer in multiples of $50.00. If however, the negative available balance is $5.00 or less, the amount advanced will be $5.00 and the Overdraft Protection Transfer Fee will be waived. Refer to *Your Deposit Account Agreement,* section titled Overdraft Protection Plans, for additional information.

[2] Additional fees for Statements with Check Images and Statements with Check Return. Check Images and Check Return is available only with paper statements. Accounts with the senior customer indicator receive $1.00 discount per statement cycle for Statement with Check Return Fee and the Statement with Check Images is waived.

[3] The average account balance for Easy Checking is calculated by adding the balance at the end of each calendar day in the statement period and dividing that sum by the total number of calendar days within the statement period.

If the scheduled assessment of an Extended Overdraft Fee (listed above) does not fall on a business day, it will be posted to the account on the next business day.



ESTATE OF THOMAS M DANZIK
DEBTOR IN POSSESSION
BANKRUPTCY CASE #17-20934
10632 N SCOTTSDALE RD # 722
SCOTTSDALE AZ  85254-6164





**Uni-Statement**

Account Number: 0
6190

Statement Period:
May 1, 2018
through
May 31, 2018

Page 2 of 2

## EASY CHECKING
U.S. Bank National Association

*Member FDIC*
Account Number 6190

### Account Summary

| | | | | |
|---|---|---|---|---|
| Beginning Balance on May 1 | $ | 42,847.10 | Number of Days in Statement Period | 31 |
| Deposits / Credits | | 119,000.00 | Average Account Balance  $ | 157,423.45 |
| Card Withdrawals | | 15.74- | | |
| Other Withdrawals | | 20,746.66- | | |
| Checks Paid | | 5,000.00- | | |
| **Ending Balance on  May 31, 2018**  $ | | **136,084.70** | | |

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| May 1 | Deposit | | 8359415398 | $ | 119,000.00 |
| | | **Total Deposits / Credits** | | $ | **119,000.00** |

### Card Withdrawals
Card Number: xxxx-xxxx-xxxx-2830

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| May 1 | Debit Purchase - VISA | On 042918 SCOTTSDALE AZ | 0006259190 | $ | 15.74- |
| | 6121 EL POLLO LO | REF # 24013398120006259190853 | | | |
| | | **Card 2830  Withdrawals Subtotal** | | $ | **15.74-** |
| | | **Total Card Withdrawals** | | $ | **15.74-** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| May 9 | Electronic Withdrawal | To GenesisFS Card S | | $ | 285.98- |
| | REF=181280151975750N00 | 1222528268Agent PMT 000000938214317 | | | |
| May 21 | Electronic Withdrawal | To LEGACY VISA PYMT | | | 10.27- |
| | REF=181410036185450N00 | 1470535472PAYMENT  423980190052015 | | | |
| May 21 | Electronic Withdrawal | To Fortiva MC PMT | | | 30.78- |
| | REF=181410115794970Y00 | A270475776ePay    FORTIVA MC PMT | | | |
| May 21 | Electronic Withdrawal | To Credit One Bank | | | 69.95- |
| | REF=181410020749560N00 | 912240213 Payment  0000264775549 | | | |
| May 21 | Electronic Withdrawal | To FSB BLAZE | | | 109.90- |
| | REF=181410054405950N00 | 3420747941PAYMENT  518213010158236 | | | |
| May 21 | Electronic Withdrawal | To Credit One Bank | | | 239.78- |
| | REF=181410020748890N00 | 912240213 Payment  0000264765011 | | | |
| May 31 | Internet Banking Transfer | To Account        6901 | | | 20,000.00- |
| | | **Total Other Withdrawals** | | $ | **20,746.66-** |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount |
|---|---|---|---|
| 1002 | May 11 | 9250503411 | 5,000.00 |
| | | **Conventional Checks Paid (1)**  $ | **5,000.00-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| May  1 | 161,831.36 | May 11 | 156,545.38 | May 31 | 136,084.70 |
| May  9 | 161,545.38 | May 21 | 156,084.70 | | |

Balances only appear for days reflecting change.



**Uni-Statement**

Account Number:
6901
Statement Period:
May 15, 2018
through
Jun 14, 2018

Page 1 of 1

P.O. Box 1800
Saint Paul, Minnesota  55101-0800

5131      TRN          S          X    ST01

000024021 01  AB  0.408  106481620382031 P  Y
DENNIS M DANZIK
TAX ACCOUNT
10632 N SCOTTSDALE RD # 722
SCOTTSDALE AZ  85254-6164

☎                        *To Contact U.S. Bank*

**By Phone:**              *1-800-US BANKS*
                           *(1-800-872-2657)*

**U.S. Bank accepts Relay Calls**

**Internet:**                usbank.com

---

## EASY CHECKING
U.S. Bank National Association                                                    *Member FDIC*
                                                                    **Account Number 6901**
### Account Summary
| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance on May 15 | $ | 19,968.55 | Number of Days in Statement Period | | 31 |
| Deposits / Credits | | 20,000.00 | Average Account Balance | $ | 29,645.96 |
| **Ending Balance on Jun 14, 2018** | **$** | **39,968.55** | | | |

### Deposits / Credits
| Date | Description of Transaction | | | Ref Number | | Amount |
|---|---|---|---|---|---|---|
| May 31 | Internet Banking Transfer | From Account | 6190 | | $ | 20,000.00 |
| | | | | **Total Deposits / Credits** | **$** | **20,000.00** |

### Balance Summary
| Date | Ending Balance |
|---|---|
| May 31 | 39,968.55 |

Balances only appear for days reflecting change.

---

Thank you for choosing U.S. Bank. We're committed to making sure we deliver the best products for your needs.

You can avoid the monthly $2.00 fee for paper statements by enrolling in eStatements. eStatements are identical to your paper statements and the only difference is they are delivered electronically via usbank.com.

If you haven't already done so, we encourage you to enroll in eStatements.  There are no fees for eStatements and they also include several benefits to customers:

- Reduce the risk of fraud and identity theft
- View, print and save statements
- Search up to five years of your transactions
- See detailed images of sent and deposited checks
- Get alerts when online documents are available

It's easy to enroll in eStatements and you can make the switch in Online Banking. Go to **My Accounts**, select **My Documents** and then select **Paperless Preferences**.

If you wish to continue receiving paper statements via mail with the monthly $2.00 fee, there is nothing you need to do.

If you have any questions, our bankers are here to help at your local branch. You can also call us at U.S. Bank 24-Hour Banking at 800.USBANKS (872.2657). We accept relay calls. For additional information regarding eStatements, please visit usbank.com/paperless.