B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

District of Wyoming

In re    Dennis Meyer Danzik    ,           Case No.   17-20934
         *Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:    June 2018                            Date filed:   08/01/2018

Line of Business:   Engineering and Design Consulting      NAISC Code:   541330

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_/s/ Dennis M. Danzik_
Original Signature of Responsible Party

Dennis M. Danzik
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☐ | ☑ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☐ | ☑ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☐ | ☑ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

| | | | |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

### TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☑   ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

### INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME   $ 143,940.00

**SUMMARY OF CASH ON HAND**

Cash on Hand at Start of Month   $ 176,118.49
Cash on Hand at End of Month   $ 293,302.25

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL   $ 293,302.25

*(Exhibit B)*

### EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES   $ 9,471.74

*(Exhibit C)*

### CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*   $ 143,940.00
EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*   $ 9,471.74

*(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH**   $ 134,468.26

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES $ 10,064.29

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES $ 57,340.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 0 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 0 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | |
|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ 0.00 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ 0.00 |

*NON-BANKRUPTCY RELATED:*

| | |
|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ 0.00 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ 0.00 |

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 85,000.00 | $ 143,940.00 | $ 58,940.00 |
| EXPENSES | $ 25,000.00 | $ 9,471.74 | $ -15,528.26 |
| CASH PROFIT | $ 60,000.00 | $ 134,468.26 | $ 74,468.26 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $ 72,000.00
TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $ 31,000.00
TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ 41,000.00

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

**Period Ending June 30, 2018**

DENNIS M. DANZIK

Case Number: 17-20934

| | Exhibit B - Monthly Operating Report |
|---|---|
| | Cash and Income |

| | DATE | INCOME RUNNING SHEET | NOTE | AMOUNT | |
|---|---|---|---|---|---|
| | | Source | | | |
| | 3/23/2018 | Payment Received | 1 | $ | 60,000.00 |
| | 5/1/2018 | Payment Received | 1 | $ | 119,000.00 |
| | 6/1/2018 | Payment Received | 1 | $ | 60,000.00 |
| | 6/27/2018 | Payment Received | 1 | $ | 50,000.00 |
| 1 | 6/1/18 | Invoice Out - Client Contract 01 | | $ | 60,000.00 |
| | 6/15/18 | Invoice Out - Client Contract 01 | | $ | 83,940.00 |
| 3 | | Ending Cash | | $ | 7,195.76 |
| 4 | | Wells Fargo Account | | $ | 65.24 |
| 5 | | US Bank Debtor in Possession | | $ | 246,082.70 |
| 6 | | US Bank Debtor in Possession - Tax Account | | $ | 39,968.55 |
| | | **Total Earnings (Income for Month)** | | $ | 143,940.00 |
| | | **TOTAL CASH and BILLINGS** | | $ | 437,252.25 |
| | | **RECEIVEABLES** | | $ | 57,340.00 |

**Period Ending June 30, 2018**

**DENNIS M. DANZIK**

Case Number: 17-20934

**Exhibit C - Monthly Operating Report**

**Expenses**

| # | DATE | EXPENSE RUNNING SHEET Payee | NOTE | AMOUNT | PAYMENT | Credit | Last 4 |
|---|---|---|---|---|---|---|---|
| 1 | 6/1/2018 | IPIC | | 107.98 | | 2 | 2363 |
| 2 | 6/2/2018 | IPIC | | 56.13 | | 2 | 6632 |
| 3 | 6/2/2018 | Chevron | | 87.46 | | 2 | 9116 |
| 4 | 6/3/2018 | EL Pollo Loco | | 9.37 | | 2 | 9116 |
| 5 | 6/4/2018 | Premium Club Membership | | 4.95 | | 2 | 2363 |
| 6 | 6/4/2018 | Credit Protect | | 2.67 | | 2 | 9116 |
| 7 | 6/4/2018 | Annual Fee | | 8.25 | | 2 | 9116 |
| 8 | 6/8/2018 | Premium Club Membership | | 4.95 | | 2 | 152 |
| 9 | 6/8/2018 | Audible | | 15.7 | | 2 | 9116 |
| 10 | 6/12/2018 | Payment protection plant | | 0.04 | | 2 | 152 |
| 11 | 6/12/2018 | Walgreens | | 131.14 | | 2 | 9116 |
| 12 | 6/14/2018 | Shell Oil | | 4.67 | | 2 | 6332 |
| 13 | 6/14/2018 | Chevron | | 12.07 | | 2 | 2363 |
| 14 | 6/17/2018 | In N Out Burger | | 10.42 | | 2 | 6632 |
| 15 | 6/21/2018 | AJS | | 115.16 | | 2 | 6632 |
| 16 | 6/25/2018 | WM Supercenter | | 35.93 | | 2 | 6632 |
| 17 | 6/25/2018 | Marriott | | 111.39 | | 2 | 9116 |
| 18 | 6/26/2018 | AJS | | 48.01 | | 2 | 9116 |
| 19 | 6/27/2018 | Credit one Reward | | -2.14 | | 2 | 6632 |
| 20 | 6/27/2018 | Credit One Reward | | -0.87 | | 2 | 9116 |
| 21 | 6/28/2018 | Walgreens | | 56.19 | | 2 | 6632 |
| 22 | 6/29/2018 | Shell Oil | | 95 | | 2 | 6632 |
| 23 | 6/29/18 | Paper Statement Fee | Fee | $ 2.00 | | 2 | |
| 24 | 6/30/2018 | Shell Oil | | 5.27 | | 2 | 9116 |
| 25 | 06/31/18 | Credit Card 3593 | Payment | | $ 285.98 | 1 | 3593 |
| 26 | 06/31/18 | Credit Card - 0152 | Payment | $ - | $ 4.99 | 1 | 0152 |
| 27 | 06/31/18 | Credit Card 6632 | Payment | | $ 69.95 | 1 | 6632 |
| 28 | 06/31/18 | Credit Card 9116 | Payment | | 717.99 | 1 | 9116 |
| 29 | 06/31/18 | Transfer to Tax Account | Transfer | | $ 20,000.00 | 3 | |
| 30 | 06/31/18 | Estimated Taxes | Tax | $ 8,550.00 | | 3 | |

1 CASH
2 CC
3 Tax

**TOTAL**  $ 9,471.74   $ 21,078.91

**Period Ending June 30, 2018**

DENNIS M. DANZIK

Case Number: 17-20934

Exhibit E - Monthly Operating Report

Receivables

| # | DATE | RECEIVABLES - Runing Total and Collections Description | Client Code | NOTE | AMOUNT |
|---|---|---|---|---|---|
| 1 | 12/1/17 | Invoice 17-12010022 | 1 | Invoice | $ 19,100.00 |
| 2 | 12/6/17 | Invoice 17-12010023 | 4 | Invoice | $ 1,700.00 |
| 3 | 1/8/2018 | Invoice 18-01010024 | 4 | Invoice | $ 2,600.00 |
| 4 | 1/31/2018 | Invoice 18-01010025 | 1 | Invoice | $ 21,500.00 |
| 5 | 2/1/2018 | Invoice 18-01010026 | 3 | Invoice | $ 150.00 |
| 6 | 2/28/2018 | Invoice 18-01010027 | 1 | Invoice | $ 26,740.00 |
| 7 | 3/1/2018 | Invoice 18-01010028 | 3 | Invoice | $ 150.00 |
| 8 | 3/31/2018 | Invoice 18-01010029 | 1 | Invoice | $ 31,400.00 |
| 9 | 4/30/2018 | Invoice 18-01010030 | 1 | Invoice | $ 37,200.00 |
| 10 | 5/1/2018 | Invoice 18-01010031 | 1 | Invoice | $ 61,860.00 |
| 11 | 6/1/2018 | Invoice 18-01010032 | 1 | Invoice | $ 60,000.00 |
| 12 | 6/15/2018 | Invoice 18-01010033 | 1 | Invoice | $ 83,940.00 |
|  | 3/23/18 | Payment Received | 1 | Payment | $ 60,000.00 |
|  | 5/1/18 | Payment Received | 2 | Payment | $ 119,000.00 |
|  | 6/1/18 | Payment Received | 1 | Payment | $ 60,000.00 |
|  | 6/27/18 | Payment Received | 1 | Payment | $ 50,000.00 |
|  |  | **Total Payments Received** |  |  | $ 289,000.00 |
|  |  | **TOTAL BILLINGS** |  |  | $ 346,340.00 |
|  |  | **TOTAL RECEIVABLES** |  |  | $ 57,340.00 |

**Period Ending June 30, 2018**

**DENNIS M. DANZIK**

Case Number: 17-20934

| Exhibit D - Monthly Operating Report |
| --- |
| Unpaid Bills |

| | DATE | UNPAID BILLS / Description | NOTE | AMOUNT |
|---|---|---|---|---|
| 1 | 6/31/18 | Credit Card Ending 9116 | Balance Due | $ 717.99 |
| 2 | 6/31/18 | Credit Card Ending 9948 | Balance Due | $ - |
| 3 | 06/31/18 | Credit Card Ending 0152 | Balance Due | $ 4.99 |
| 4 | 06/31/18 | Credit Card Ending 2363 | Balance Due | $ 152.50 |
| 5 | 06/31/18 | Credit Card Ending 3593 | Balance Due | $ - |
| 7 | 06/31/18 | Credit Card Ending 6632 | Balance Due | $ 638.81 |
| 8 | 06/31/18 | Estimated taxes (current only) | Estimate | $ 8,550.00 |
| | | **TOTAL** | | **$ 10,064.29** |

# Wells Fargo Everyday Checking

Account number: 6456 ■ June 1, 2018 - June 30, 2018 ■ Page 1 of 3





DENNIS M DANZIK
1108 14TH ST
405
CODY WY 82414-3743

### Questions?

Available by phone 24 hours a day, 7 days a week:
Telecommunications Relay Services calls accepted
**1-800-TO-WELLS** (1-800-869-3557)

TTY: 1-800-877-4833
En español: 1-877-727-2932
華語 1-800-288-2288 (6 am to 7 pm PT, M-F)

Online: wellsfargo.com

Write: Wells Fargo Bank, N.A. (038)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ✓ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---:|
| Beginning balance on 6/1 | $65.24 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 10.00 |
| **Ending balance on 6/30** | **$55.24** |

Account number: 6456
**DENNIS M DANZIK**
*Arizona account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN): 122105278

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

(38) Ins =2
Sheet Seq = 0057646
Sheet 00001 of 00002

Account number: 6456 ■ June 1, 2018 - June 30, 2018 ■ Page 2 of 3



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 6/29 | | Monthly Service Fee | | 10.00 | 55.24 |
| Ending balance on 6/30 | | | | | 55.24 |
| Totals | | | $0.00 | $10.00 | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 06/01/2018 - 06/30/2018 | Standard monthly service fee $10.00 | You paid $10.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $65.24 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 0 ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($5.00 discount)     ☐

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
RC/RC



IMPORTANT ACCOUNT INFORMATION

**Revised Agreement for Online Access**
We're updating our Online Access Agreement effective September 17, 2018.
To see what is changing, please visit wellsfargo.com/onlineupdates.



**usbank.**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

5131   TRN     S     X    ST01

000006483 01 MB 0.424 106481639084587 P Y
ESTATE OF DENNIS M DANZIK
DEBTOR IN POSSESSION
BANKRUPTCY CASE #17-20934
10632 N SCOTTSDALE RD # 722
SCOTTSDALE AZ  85254-6164



**Uni-Statement**
Account Number:
6190
Statement Period:
Jun 1, 2018
through
Jun 30, 2018

Page 1 of 1

To Contact U.S. Bank
By Phone:   1-800-US BANKS
(1-800-872-2657)
U.S. Bank accepts Relay Calls
Internet:   usbank.com

## INFORMATION YOU SHOULD KNOW

**What you should know when changing your monthly checking statement preferences:**
When you change your Checking Statement preference settings for Paper Statements, Check Images or Check Return, changes may not take effect immediately; as such may not reflect on your next statement. Current Paper Statement fees, Check Image fees, or Check Return fees may continue to be applied. These preference changes may take up to two statement cycles to be in effect. For further questions call us at U.S. Bank 24-Hour Banking at 800.USBANKS (872-2657).

## EASY CHECKING

U.S. Bank National Association                                                                            *Member FDIC*
**Account Summary**                                                                      Account Number 6190

| | | |
|---|---|---|
| Beginning Balance on Jun 1 | $ 136,084.70 | Number of Days in Statement Period   30 |
| Deposits / Credits | 110,000.00 | Average Account Balance   $ 202,751.36 |
| Other Withdrawals | 2.00- | |
| **Ending Balance on Jun 30, 2018** | **$ 246,082.70** | |

**Deposits / Credits**

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| Jun 1 | Deposit | 9256594667 | $ 60,000.00 |
| Jun 27 | Deposit | 8654616248 | 50,000.00 |
| | | **Total Deposits / Credits** | **$ 110,000.00** |

**Other Withdrawals**

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| Jun 29 | Paper Statement Fee | 2900002235 | $ 2.00- |
| | | **Total Other Withdrawals** | **$ 2.00-** |

**Balance Summary**

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Jun 1 | 196,084.70 | Jun 27 | 246,084.70 | Jun 29 | 246,082.70 |

Balances only appear for days reflecting change.



**usbank.**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

5131    TRN        S        X    ST01

```
000024021 01 AB 0.408 106481620382031 P Y
DENNIS M DANZIK
TAX ACCOUNT
10632 N SCOTTSDALE RD # 722
SCOTTSDALE AZ  85254-6164
```



**UniStatement**
Account Number:
6901
Statement Period:
May 15, 2018
through
Jun 14, 2018

Page 1 of 1

☎  **To Contact U.S. Bank**

**By Phone:**  1-800-US BANKS
(1-800-872-2657)

**U.S. Bank accepts Relay Calls**

**Internet:**  usbank.com

---

## EASY CHECKING
U.S. Bank National Association

**Member FDIC**
**Account Number 6901**

**Account Summary**

| | | | |
|---|---|---|---|
| Beginning Balance on May 15 | $ 19,968.55 | Number of Days in Statement Period | 31 |
| Deposits / Credits | 20,000.00 | Average Account Balance | $ 29,645.96 |
| **Ending Balance on Jun 14, 2018** | **$ 39,968.55** | | |

**Deposits / Credits**

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| May 31 | Internet Banking Transfer | From Account | 90 | $ 20,000.00 |
| | | Total Deposits / Credits | | $ 20,000.00 |

**Balance Summary**

| Date | Ending Balance |
|---|---|
| May 31 | 39,968.55 |

Balances only appear for days reflecting change.

Thank you for choosing U.S. Bank. We're committed to making sure we deliver the best products for your needs.

You can avoid the monthly $2.00 fee for paper statements by enrolling in eStatements. eStatements are identical to your paper statements and the only difference is they are delivered electronically via usbank.com.

If you haven't already done so, we encourage you to enroll in eStatements.  There are no fees for eStatements and they also include several benefits to customers:

- Reduce the risk of fraud and identity theft
- View, print and save statements
- Search up to five years of your transactions
- See detailed images of sent and deposited checks
- Get alerts when online documents are available

It's easy to enroll in eStatements and you can make the switch in Online Banking. Go to **My Accounts**, select **My Documents** and then select **Paperless Preferences**.

If you wish to continue receiving paper statements via mail with the monthly $2.00 fee, there is nothing you need to do.

If you have any questions, our bankers are here to help at your local branch. You can also call us at U.S. Bank 24-Hour Banking at 800.USBANKS (872.2657). We accept relay calls. For additional information regarding eStatements, please visit usbank.com/paperless.



P.O. Box 1800
Saint Paul, Minnesota 55101-0800

5131     TRN           S        X     ST01

**Statement**
Account Number:
6901
Statement Period:
May 15, 2018
through
Jun 14, 2018

Page 1 of 1

000024021 01 AB 0.408 106481620382031 P Y
DENNIS M DANZIK
TAX ACCOUNT
10632 N SCOTTSDALE RD # 722
SCOTTSDALE AZ  85254-6164

**To Contact U.S. Bank**
By Phone:     1-800-US BANKS
              (1-800-872-2657)

U.S. Bank accepts Relay Calls
Internet:     usbank.com

## EASY CHECKING

U.S. Bank National Association                                            Member FDIC
                                                                  Account Number 6901

**Account Summary**
| | | |
|---|---|---|
| Beginning Balance on May 15 | $ | 19,968.55 |
| Deposits / Credits | | 20,000.00 |
| **Ending Balance on Jun 14, 2018** | $ | **39,968.55** |

| | | |
|---|---|---|
| Number of Days in Statement Period | | 31 |
| Average Account Balance | $ | 29,645.96 |

**Deposits / Credits**

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| May 31 | Internet Banking Transfer  From Account  6190 | | | $ | 20,000.00 |
| | | | Total Deposits / Credits | $ | **20,000.00** |

**Balance Summary**

| Date | Ending Balance |
|---|---|
| May 31 | 39,968.55 |

Balances only appear for days reflecting change.

Thank you for choosing U.S. Bank. We're committed to making sure we deliver the best products for your needs.

You can avoid the monthly $2.00 fee for paper statements by enrolling in eStatements. eStatements are identical to your paper statements and the only difference is they are delivered electronically via usbank.com.

If you haven't already done so, we encourage you to enroll in eStatements. There are no fees for eStatements and they also include several benefits to customers:

- Reduce the risk of fraud and identity theft
- View, print and save statements
- Search up to five years of your transactions
- See detailed images of sent and deposited checks
- Get alerts when online documents are available

It's easy to enroll in eStatements and you can make the switch in Online Banking. Go to **My Accounts**, select **My Documents** and then select **Paperless Preferences**.

If you wish to continue receiving paper statements via mail with the monthly $2.00 fee, there is nothing you need to do.

If you have any questions, our bankers are here to help at your local branch. You can also call us at U.S. Bank 24-Hour Banking at 800.USBANKS (872.2657). We accept relay calls. For additional information regarding eStatements, please visit usbank.com/paperless.