B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

District of Wyoming

In re   Dennis Meyer Danzik                    ,

_Debtor_

Case No.   17-20934

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:  August 2018

Date filed:  10/04/2018

Line of Business:  Engineering and Design Consulting

NAISC Code:  541330

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

Original Signature of Responsible Party

Dennis M. Danzik

Printed Name of Responsible Party

**Questionnaire:** _(All questions to be answered on behalf of the debtor.)_

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☐ | ☑ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☐ | ☑ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☐ | ☑ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

Page 2

B 25C (Official Form 25C) (12/08)

| | | |
|---|---|---|
| 14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

| | | |
|---|---|---|
| DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? | ☑ | ☐ |

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH.  THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL INCOME** | $ | 68,400.00 |

### SUMMARY OF CASH ON HAND

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | 271,742.84 |
| Cash on Hand at End of Month | $ | 319,791.27 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    **TOTAL** | $ | 319,791.27 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH.  INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT.  *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL EXPENSES** | $ | 18,312.40 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 68,400.00 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 18,312.40 |
| *(Subtract Line C from Line B)*    **CASH PROFIT FOR THE MONTH** | $ | 50,087.60 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED
SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE
THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE
DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $    9,197.31

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK
YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO
OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY
WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $   75,740.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU
HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED
BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?    0

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?    0

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING
PERIOD?    $    0.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING
OF THE CASE?    $    0.00

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS
REPORTING PERIOD?    $    0.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE
FILING OF THE CASE?    $    0.00

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180
DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | | Projected | | Actual | | Difference |
|---|---|---|---|---|---|---|
| INCOME | $ | 72,000.00 | $ | 68,400.00 | $ | 3,600.00 |
| EXPENSES | $ | 18,000.00 | $ | 18,312.40 | $ | 312.40 |
| CASH PROFIT | $ | 41,000.00 | $ | 50,087.60 | $ | 3,912.40 |

| | | |
|---|---|---|
| TOTAL PROJECTED INCOME FOR THE NEXT MONTH: | $ | 76,900.00 |
| TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: | $ | 22,000.00 |
| TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: | $ | 54,900.00 |

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET
WHICH YOU PREPARE INTERNALLY.**

This month began my conversion to a payroll that automatically withheld taxes, social security, etc. My base salary being
$ 600,000.00 and then invoicing services on bonuses, commissions, and expenses.

I paid (or had withheld and paid to IRS on current tax liabilities) approximately $ 17,680.00 for August
My separate Tax Account for taxes in arrears stands at $ 101,933.10
My Debtor in possession account balance stands at $ 210,627.17

I will continue through September with setting aside at least $ 25,000.00 per month for tax arrears, and if my income
continues to increase I will start setting aside $ 35,000.00 per month in the Tax Account for arrears.

Since my fieldwork is limited now, I will be renting an apartment or similar cost ($ 1500.00 per month) near the
Scottsdale laboratory.



P.O. Box 1800
Saint Paul, Minnesota 55101-0800

5131    TRN          S        X    ST01

**Uni-Statement**

Account Number:
6190
Statement Period:
Aug 1, 2018
through
Aug 31, 2018

Page 1 of 2

||····|·||·|||·|·|||·|·|||··||··||·||||·|||||··||···|·|||
000005875 01 MB 0.424 106481710869564 P Y
ESTATE OF DENNIS M DANZIK
DEBTOR IN POSSESSION
BANKRUPTCY CASE #17-20934
10632 N SCOTTSDALE RD # 722
SCOTTSDALE AZ 85254-6164

☎                      ***To Contact U.S. Bank***

***By Phone:***                 *1-800-US BANKS*
                                *(1-800-872-2657)*

***U.S. Bank accepts Relay Calls***

***Internet:***                 *usbank.com*

---

## INFORMATION YOU SHOULD KNOW

**Effective September 14th, 2018** the **"Your Deposit Account Agreement"** booklet and **"Consumer Pricing Information"** brochure will include a number of updates and may affect your rights. Starting September 14, you may pick up copies at your local branch, view copies at usbank.com, or call 1-800-USBANKS (1-800-872-2657) for copies.  Please see the Additional Information Section of this statement for the main updates that were made to **"Your Deposit Account Agreement"** booklet and **"Consumer Pricing Information"** brochure.

---

## EASY CHECKING                                                    *Member FDIC*

U.S. Bank National Association                                     Account Number 6190

### Account Summary

| | | | | |
|---|---|---|---|---|
| Beginning Balance on Aug 1 | $ | 204,535.29 | Number of Days in Statement Period | 31 |
| Deposits / Credits | | 48,555.47 | Average Account Balance | $  207,889.58 |
| Other Withdrawals | | 42,463.59- | | |
| **Ending Balance on  Aug 31, 2018** | **$** | **210,627.17** | | |

### Deposits / Credits

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Aug 1 | Deposit | 8655457022 | $ | 16,159.42 |
| Aug 31 | Deposit | 9255046787 | | 32,396.05 |
| | | **Total Deposits / Credits** | **$** | **48,555.47** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Aug 1 | Electronic Withdrawal | To LEGACY VISA PYMT | | $  105.47- |
| | REF=182130045676430N00 | 1470535472PAYMENT | 52015 | |
| Aug 3 | Electronic Withdrawal | To Credit One Bank | | 49.63- |
| | REF=182140105024040N00 | 912240213 Payment | 1217 | |
| Aug 3 | Electronic Withdrawal | To Credit One Bank | | 225.79- |
| | REF=182140105023950N00 | 912240213 Payment | )480 | |
| Aug 6 | Check Printing Charge | | | 80.70- |
| Aug 14 | Internet Banking Transfer | To Account        )6901 | | 22,000.00- |
| Aug 31 | Paper Statement Fee | | 3100001751 | 2.00- |
| Aug 31 | Internet Banking Transfer | To Account        ·6901 | | 20,000.00- |
| | | **Total Other Withdrawals** | **$** | **42,463.59-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Aug 1 | 220,589.24 | Aug 6 | 220,233.12 | Aug 31 | 210,627.17 |
| Aug 3 | 220,313.82 | Aug 14 | 198,233.12 | | |

Balances only appear for days reflecting change.

---

## ADDITIONAL INFORMATION

**Effective September 14, 2018** the main updates to note in the revised **"Your Deposit Account Agreement"** booklet sections, and sub sections, include:

- Addition of *Real-Time Payment/Prohibition on Foreign Payments* section to the agreement



ESTATE OF ____ NZIK
DEBTOR IN POSSESSION
BANKRUPTCY CASE #17-20934
10632 N SCOTTSDALE RD # 722
SCOTTSDALE AZ  85254-6164

**Uni-Statement**

Account Number:
6190

Statement Period:
Aug 1, 2018
through
Aug 31, 2018

Page 2 of 2



## ADDITIONAL INFORMATION                                                                              (CONTINUED)

- Addition of *Retention of Documents* section to the agreement
- Added language pertaining to cut off time, retention of documents and large cash deposits added to the *Transaction Posting Order* section
- Clarification in the definition of "Available Balance" in the *Insufficient Funds and Overdrafts* section
- Additional language added to the *Insufficient Funds and Overdrafts* section regarding Extended Overdraft fees
- Updated language in the *Insufficient Funds and Overdrafts* section as it relates to ATM and Debit Card Overdraft Coverage options
- Title change from "Small Business" to "Business Banking"
- Added explanation pertaining to the order and possible fee(s) when linking accounts for Overdraft Transfer Protection in the *Overdraft Protection Plans* section
- Changes to eligible accounts, U.S. Bank Business Reserve Line of Credit for Business Banking and advances on U.S. Bank Business Credit Cards as it relates to overdraft protection in the *Overdraft Protection Plans* section
- Title change from "Private Client" Account to "Wealth Management" Account
- Addition of the Arbitration clause to the *U.S. Bank Consumer Reserve Line Agreement* section
- Removal of state specific language in the *Cost of Collection* section
- Updates in the Important *Military Lending Act Information* section

**Effective September 14, 2018** the main updates to note in the revised **"Consumer Pricing Information"** brochure include:

- The addition of a new *Additional Features* section explaining all consumer checking and savings features and benefits, not previously listed in the **"Consumer Pricing Information"** brochure
- The addition of the *Benefits for Military and Senior Customers* explaining all the features and benefits for Military Servicemembers and Seniors, not previously listed in the **"Consumer Pricing Information"** brochure
- Disclosure clarification regarding fees pertaining to U.S. Bank and Non-U.S. Bank brand ATM's
- Clarification on the processing and structure of Extended Overdraft Fees
- The **Withdrawal Charge** associated with Federal Regulation D savings withdrawal limits has been further outlined in the *Miscellaneous Checking, Savings or Money Market Fees* section

Starting September 14, you may pick up copies at your local branch, view copies at usbank.com, or call 1-800-USBANKS (1-800-872-2657) for copies.

───────────────────────────



**Uni-Statement**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

5131    TRN         S          X    ST01

Account Number: 1
6901
Statement Period:
Jul 17, 2018
through
Aug 14, 2018

Page 1 of 2

000017773 01 AB 0.408 106481690393679 P  Y
DENNIS M DANZIK
TAX ACCOUNT
10632 N SCOTTSDALE RD # 722
SCOTTSDALE AZ 85254-6164

☎                              *To Contact U.S. Bank*

**By Phone:**              1-800-US BANKS
                          (1-800-872-2657)

**U.S. Bank accepts Relay Calls**

**Internet:**                    usbank.com

## INFORMATION YOU SHOULD KNOW

**Effective September 14th, 2018** the **"Your Deposit Account Agreement"** booklet and **"Consumer Pricing Information"** brochure will include a number of updates and may affect your rights. Starting September 14, you may pick up copies at your local branch, view copies at usbank.com, or call 1-800-USBANKS (1-800-872-2657) for copies.  Please see the <u>Additional Information Section</u> of this statement for the main updates that were made to **"Your Deposit Account Agreement"** booklet and **"Consumer Pricing Information"** brochure.

## EASY CHECKING                                                                    *Member FDIC*

U.S. Bank National Association                                             **Account Number 6901**

### Account Summary

| | | | | | |
|---|---|---:|---|---|---:|
| Beginning Balance on Jul 17 | $ | 59,966.55 | Number of Days in Statement Period | | 29 |
| Deposits / Credits | | 42,000.00 | Average Account Balance | $ | 71,749.89 |
| Other Withdrawals | | 33.45- | | | |
| **Ending Balance on Aug 14, 2018** | **$** | **101,933.10** | | | |

### Deposits / Credits

| Date | Description of Transaction | | | Ref Number | | Amount |
|---|---|---|---|---|---|---:|
| Jul 30 | Internet Banking Transfer | From Account | 190 | | $ | 20,000.00 |
| Aug 14 | Internet Banking Transfer | From Account | 90 | | | 22,000.00 |
| | | | | **Total Deposits / Credits** | **$** | **42,000.00** |

### Other Withdrawals

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---:|
| Aug 6 | Check Printing Charge | | $ | 31.45- |
| Aug 14 | Paper Statement Fee | 5250 | | 2.00- |
| | | **Total Other Withdrawals** | **$** | **33.45-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---:|---|---:|---|---:|
| Jul 30 | 79,966.55 | Aug 6 | 79,935.10 | Aug 14 | 101,933.10 |

Balances only appear for days reflecting change.

## ADDITIONAL INFORMATION

**Effective September 14, 2018** the main updates to note in the revised **"Your Deposit Account Agreement"** booklet sections, and sub sections, include:

- Addition of *Real-Time Payment/Prohibition on Foreign Payments* section to the agreement
- Addition of *Retention of Documents* section to the agreement
- Added language pertaining to cut off time, retention of documents and large cash deposits added to the *Transaction Posting Order* section
- Clarification in the definition of "Available Balance" in the *Insufficient Funds and Overdrafts* section
- Additional language added to the *Insufficient Funds and Overdrafts* section regarding Extended Overdraft fees
- Updated language in the *Insufficient Funds and Overdrafts* section as it relates to ATM and Debit Card Overdraft Coverage options
- Title change from "Small Business" to "Business Banking"



DENNIS M...
10632 N SCOTTSDALE RD # 722
SCOTTSDALE AZ  85254-6164

**Uni-Statement**

Account Number:
6901

Statement Period:
Jul 17, 2018
through
Aug 14, 2018



Page 2 of 2

## ADDITIONAL INFORMATION                                                          (CONTINUED)

- Added explanation pertaining to the order and possible fee(s) when linking accounts for Overdraft Transfer Protection in the *Overdraft Protection Plans* section
- Changes to eligible accounts, U.S. Bank Business Reserve Line of Credit for Business Banking and advances on U.S. Bank Business Credit Cards as it relates to overdraft protection in the *Overdraft Protection Plans* section
- Title change from "Private Client" Account to "Wealth Management" Account
- Addition of the Arbitration clause to the *U.S. Bank Consumer Reserve Line Agreement* section
- Removal of state specific language in the *Cost of Collection* section
- Updates in the Important *Military Lending Act Information* section

**Effective September 14, 2018** the main updates to note in the revised **"Consumer Pricing Information"** brochure include:

- The addition of a new *Additional Features* section explaining all consumer checking and savings features and benefits, not previously listed in the **"Consumer Pricing Information"** brochure
- The addition of the *Benefits for Military and Senior Customers* explaining all the features and benefits for Military Servicemembers and Seniors, not previously listed in the **"Consumer Pricing Information"** brochure
- Disclosure clarification regarding fees pertaining to U.S. Bank and Non-U.S. Bank brand ATM's
- Clarification on the processing and structure of Extended Overdraft Fees
- The **Withdrawal Charge** associated with Federal Regulation D savings withdrawal limits has been further outlined in the *Miscellaneous Checking, Savings or Money Market Fees* section

Starting September 14, you may pick up copies at your local branch, view copies at usbank.com, or call 1-800-USBANKS (1-800-872-2657) for copies.

---

# Wells Fargo Everyday Checking



Account number:  **6456**    ■ August 1, 2018 - August 31, 2018  ■ Page 1 of 4

DENNIS M DANZIK
1108 14TH ST
405
CODY WY 82414-3743

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語 1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (038)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | | |
|---|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | | |
| Online Bill Pay | ✓ | Auto Transfer/Payment | | |
| Online Statements | ✓ | Overdraft Protection | | |
| Mobile Banking | ✓ | Debit Card | ✓ | |
| My Spending Report | ✓ | Overdraft Service | | |

# ✔ IMPORTANT ACCOUNT INFORMATION

In the "Available balance, posting order, and overdrafts" section of the Deposit Account Agreement under the question "How do we process (post) transactions to your account?", we are replacing the paragraph beginning with "Your available balance will be reduced by pending withdrawals" to include a new fee waiver, as follows:

Your available balance will be reduced by pending withdrawals, such as debit card transactions we have authorized and must pay when they are sent to us for payment. If your account has insufficient funds as reflected by your available balance, the bank may assess overdraft and/or non-sufficient funds (NSF) fees on transactions we pay or return during nightly processing. A pending transaction will typically remain pending until we receive it for payment from your account, but we must release the pending transaction hold after three business days for most transactions. These pending transactions may be sent to us for payment after they have dropped from your account, but we must pay them when we receive them for payment.

In some circumstances, previously-authorized transactions may be paid into overdraft if other transactions or fees have reduced your balance before the pending transactions are sent to us for payment. To minimize the number of overdraft fees in these circumstances, we track transactions that reduced your available balance while pending and caused overdraft fees on other transactions. If these

Account number: **6456** ■ August 1, 2018 - August 31, 2018 ■ Page 2 of 4



transactions are presented for payment within 10 business days after they first appeared as pending, we will waive any overdraft fees on those transactions. In rare circumstances, the merchant presents transactions for payment with a different identification code than was used when the transaction was sent for authorization and we are unable to match them. In those cases, you may be charged an overdraft fee if the transaction is paid into overdraft.

In addition, in the "Available balance, posting order, and overdrafts" section of the Deposit Account Agreement under the heading "IMPORTANT INFORMATION ABOUT FEES," we added the following:

We track transactions that reduced your available balance while pending and caused overdraft fees on other transactions. If these transactions are presented for payment within 10 business days after they first appeared as pending, we will waive any overdraft fees on those transactions. In rare circumstances, the merchant presents transactions for payment with a different identification code than was used when the transaction was sent for authorization and we are unable to match them.

## Activity summary

| | |
|---|---|
| Beginning balance on 8/1 | $45.24 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 10.00 |
| **Ending balance on 8/31** | **$35.24** |

Account number:  **6456**

**DENNIS M DANZIK**

*Arizona account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  122105278

### Overdraft Protection
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 8/31 | | Monthly Service Fee | | 10.00 | 35.24 |
| **Ending balance on 8/31** | | | | | 35.24 |
| **Totals** | | | **$0.00** | **$10.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 08/01/2018 - 08/31/2018 | Standard monthly service fee $10.00 | You paid $10.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $45.24 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 0 ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($10.00 discount)          ☐

Account number: **6456** ■ August 1, 2018 - August 31, 2018 ■ Page 3 of 4



---

*Monthly service fee summary (continued)*

RC/RC

Account number: **6456** ■ August 1, 2018 - August 31, 2018 ■ Page 4 of 4



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** Enter the ending balance on this statement.      $ _____

**B** List outstanding deposits and other credits to your account that do not appear on this statement. Enter the total in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal.      = $ _____

**D** List outstanding checks, withdrawals, and other debits to your account that do not appear on this statement. Enter the total in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

- $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.      = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801      Member FDIC.

**Period Ending August 31, 2018**

**DENNIS M. DANZIK**

Case Number: 17-20934

| Exhibit B - Monthly Operating Report |
|---|
| Cash and Income |

| DATE | INCOME RUNNING SHEET | NOTE | AMOUNT | | |
|---|---|---|---|---|---|
| | **Source** | | | | |
| 3/23/2018 | Payment Received | 1 | $ | 60,000.00 | |
| 5/1/2018 | Payment Received | 1 | $ | 119,000.00 | |
| 6/1/2018 | Payment Received | 1 | $ | 60,000.00 | |
| 6/27/2018 | Payment Received | 1 | $ | 50,000.00 | |
| 8/1/18 | Payment Received | Base | $ | 25,000.00 | |
| 8/16/2018 | Payment Received | Base | $ | 25,000.00 | |
| | **Gross Taxes Paid** | | | | **Per Payroll Period** |
| | Federal Withholding | | $ | (12,506.00) | $ (6,253.00) |
| | Social Security | | $ | (3,100.00) | $ (1,550.00) |
| | Medicare | | $ | (725.00) | $ (362.50) |
| | Arizona State Income | | $ | (1,350.00) | $ (675.00) |
| | **Total Taxes Withheld/Paid** | | $ | **(17,681.00)** | $ (8,840.50) |
| 3 | Ending Cash | | $ | 7,195.76 | |
| 4 | Wells Fargo Account | | $ | 35.24 | |
| 5 | US Bank Debtor in Possession | | $ | 210,627.17 | |
| 6 | US Bank Debtor in Possession - Tax Account | | $ | 101,933.10 | |
| | **Total Earnings (Income for Month)(Collected)** | | $ | **50,000.00** | |
| | **TOTAL CASH** | | $ | **319,791.27** | |
| | **RECEIVEABLES** | | $ | **75,740.00** | |

Note:    Base pay began 8/1/2018 with taxes paid or withheld as shown.

**Period Ending August 31, 2018**

DENNIS M. DANZIK

Case Number: 17-20934

| Exhibit C - Monthly Operating Report |
| Expenses |

|  | DATE | EXPENSE RUNNING SHEET | NOTE | AMOUNT | | PAYMENT | Credit Last 4 | |
|---|---|---|---|---|---|---|---|---|
|  |  | Payee |  |  |  |  |  |  |
| 1 | 8/2/2018 | Internet Paymnet Las Vegas NV | Payment |  | $ | 225.79 | 2 | 9116 |
| 2 | 8/2/2018 | Express Payment Fee Las Vegas NV |  | $ 9.95 |  |  | 2 | 9116 |
| 3 | 8/2/2018 | Express Payment Fee Las Vegas NV |  | $ 9.95 |  |  | 2 | 6632 |
| 4 | 8/2/2018 | Internet Paymnet Las Vegas NV | Payment |  | $ | 49.63 | 1 | 6632 |
| 5 | 8/2/2018 | Taco Bell |  | $ 7.27 |  |  | 2 | 6632 |
| 6 | 8/3/2018 | Trader Joe's |  | $ 28.27 |  |  | 2 | 6632 |
| 7 | 8/3/2018 | Interest Fee on Charges |  | $ 2.38 |  |  | 2 | 6632 |
| 8 | 8/3/2018 | Premium Club Membership |  | $ 4.95 |  |  | 2 | 2363 |
| 9 | 8/4/2018 | Credit Protect |  | $ 0.10 |  |  | 2 | 9116 |
| 10 | 8/4/2018 | Annual Fee 9/18-9/18 |  | $ 8.25 |  |  | 2 | 9116 |
| 11 | 8/4/2018 | Interest Fee on Charges |  | $ 2.59 |  |  | 2 | 9116 |
| 12 | 8/6/2018 | Chevron |  | $ 79.93 |  |  | 2 | 6632 |
| 13 | 8/8/2018 | Premium Club Membership |  | $ 4.95 |  |  | 2 | 152 |
| 14 | 8/9/2018 | AJ's |  | $ 143.03 |  |  | 2 | 9116 |
| 15 | 8/9/2018 | Pacer |  | $ 67.30 |  |  | 2 | 9116 |
| 16 | 8/13/2018 | Payment Protection Plan |  | $ 0.04 |  |  | 2 | 152 |
| 17 | 8/15/2018 | Chevron |  | $ 9.62 |  |  | 2 | 9116 |
| 18 | 8/15/2018 | Chevron |  | $ 52.72 |  |  | 2 | 6632 |
| 19 | 8/16/2018 | Trader Joe's |  | $ 16.48 |  |  | 2 | 2363 |
| 20 | 8/22/2018 | Walgreens |  | $ 66.67 |  |  | 2 | 6632 |
| 21 | 8/24/2018 | IPIC |  | $ 55.34 |  |  | 2 | 9116 |
| 22 | 8/24/2018 | Trader Joe's |  | $ 34.97 |  |  | 2 | 9116 |
| 23 | 8/25/2018 | Shell Oil |  | $ 5.27 |  |  | 2 | 9116 |
| 24 | 8/27/2018 | Credit One Reward |  | $ (1.88) |  |  | 2 | 9116 |
| 25 | 8/27/2018 | Credit One Reward |  | $ (1.68) |  |  | 1 | 6332 |
| 26 | 8/30/2018 | Trader Joe's |  | $ 11.66 |  |  | 2 | 9116 |
| 27 | 8/31/2018 | Shell Oil |  | $ 6.28 |  |  | 2 | 9116 |
| 28 | 8/31/2018 | Safeway |  | $ 6.99 |  |  | 2 | 6632 |
| 29 | 8/31/2018 | Federal Withholding |  | $ 12,506.00 |  | tax |  |  |
| 30 | 8/31/2018 | Social Security |  | $ 3,100.00 |  | tax |  |  |
| 31 | 8/31/2018 | Medicare |  | $ 725.00 |  | tax |  |  |
| 32 | 8/31/2018 | Arizona Income Tax |  | $ 1,350.00 |  | tax |  |  |

| TOTAL | | | | $ 18,312.40 | $ | 275.42 | 1 CASH |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | 2 CC |
|  |  |  |  |  |  |  | 3 Tax |

**Period Ending August 31, 2018**

**DENNIS M. DANZIK**

Case Number: 17-20934

| | | Exhibit D - Monthly Operating Report |
| | | Unpaid Bills |

| | DATE | UNPAID BILLS | NOTE | AMOUNT |
|---|---|---|---|---|
| | | Description | | |
| 1 | 8/31/18 | Credit Card Ending 9116 | Balance Due | $ 370.38 |
| 2 | 8/31/18 | Credit Card Ending 9948 | Balance Due | $ - |
| 3 | 8/31/18 | Credit Card Ending 0152 | Balance Due | $ 4.99 |
| 4 | 8/31/18 | Credit Card Ending 2363 | Balance Due | $ 21.43 |
| 5 | 8/31/18 | Credit Card Ending 3593 | Balance Due | $ - |
| 7 | 8/31/18 | Credit Card Ending 6632 | Balance Due | $ 250.51 |

| | | | |
|---|---|---|---|
| | TOTAL | | $ 647.31 |

| | | Period Ending August 31, 2018 | | | Exhibit E - Monthly Operating Report |
|---|---|---|---|---|---|

DENNIS M. DANZIK

Case Number: 17-20934

Exhibit E - Monthly Operating Report

Receivables

| | DATE | RECEIVABLES - Runing Total and Collections | Client Code | NOTE | AMOUNT |
|---|---|---|---|---|---|
| | | Description | | | |
| 1 | 12/1/17 | Invoice 17-12010022 | 1 | Invoice | $ 19,100.00 |
| 2 | 12/6/17 | Invoice 17-12010023 | 4 | Invoice | $ 1,700.00 |
| 3 | 1/8/2018 | Invoice 18-01010024 | 4 | Invoice | $ 2,600.00 |
| 4 | 1/31/2018 | Invoice 18-01010025 | 1 | Invoice | $ 21,500.00 |
| 5 | 2/1/2018 | Invoice 18-01010026 | 3 | Invoice | $ 150.00 |
| 6 | 2/28/2018 | Invoice 18-01010027 | 1 | Invoice | $ 26,740.00 |
| 7 | 3/1/2018 | Invoice 18-01010028 | 3 | Invoice | $ 150.00 |
| 8 | 3/31/2018 | Invoice 18-01010029 | 1 | Invoice | $ 31,400.00 |
| 9 | 4/30/2018 | Invoice 18-01010030 | 1 | Invoice | $ 37,200.00 |
| 10 | 5/1/2018 | Invoice 18-01010031 | 1 | Invoice | $ 61,860.00 |
| 11 | 6/1/2018 | Invoice 18-01010032 | 1 | Invoice | $ 60,000.00 |
| 12 | 6/15/2018 | Invoice 18-01010033 | 1 | Invoice | $ 83,940.00 |
| 13 | 8/1/2018 | Invoice - Base Pay | Payroll | Base | $ 25,000.00 |
| 14 | 8/22/2018 | Invoice 18-01010033 | 1 | Invoice | $ 18,400.00 |
| 14 | 8/31/2018 | Invoice - Base Pay | Payroll | Base | $ 25,000.00 |
| | | **Total Billings** | | | $ 414,740.00 |
| | 3/23/18 | Payment Received | 1 | Payment | $ 60,000.00 |
| | 5/1/18 | Payment Received | 2 | Payment | $ 119,000.00 |
| | 6/1/18 | Payment Received | 1 | Payment | $ 60,000.00 |
| | 6/27/18 | Payment Received | 1 | Payment | $ 50,000.00 |
| | 8/1/18 | Payment Received | 4 | Payment | $ 25,000.00 |
| | 8/15/18 | Payment Received | 4 | Payment | $ 25,000.00 |
| | | **Total Payments Received** | | | $ 339,000.00 |
| | | **TOTAL RECEIVABLES** | | | $ 75,740.00 |