B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

### District of Wyoming

In re: Dennis Meyer Danzik, Debtor

Case No. 17-20934

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: September 2018
Date filed: November 2, 2018
Line of Business: Engineering and Design Consulting
NAISC Code: 541330

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_/s/ Dennis Danzik_
Original Signature of Responsible Party

Dennis M. Danzik
Printed Name of Responsible Party

**Questionnaire:** (All questions to be answered on behalf of the debtor.)

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☐ | ☑ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☐ | ☑ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☐ | ☑ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

| | | No | Yes |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?     ☑  ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME    $    73200.00

**SUMMARY OF CASH ON HAND**

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | 319791.27 |
| Cash on Hand at End of Month | $ | 355198.07 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL | $ | 355198.07 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES    $    18,312.40

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 73200 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 18145.75 |
| *(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH** | $ | 55054.25 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | |
|---|---|
| TOTAL PAYABLES $ | 636.83 |

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | |
|---|---|
| TOTAL RECEIVABLES $ | 98740 |

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 0 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 0 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0.00 |

*NON-BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0.00 |

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 76900 | $ 73200 | $ 3700 |
| EXPENSES | $ 22000 | $ 18145.75 | $ 3854.25 |
| CASH PROFIT | $ 54900 | $ 55054.25 | $ 154.25 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $ 62000
TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $ 19000
TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ 43000

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

This month began my conversion to a payroll that automatically withheld taxes, social security, etc. My base salary being $ 600,000.00 and then invoicing services on bonuses, commissions, and expenses.

I paid (or had withheld and paid to IRS on current tax liabilities) approximately $ 17,680.00 for August
My separate Tax Account for taxes in arrears stands at $ 101,933.10
My Debtor in possession account balance stands at $ 210,627.17

I will continue through September with setting aside at least $ 25,000.00 per month for tax arrears, and if my income continues to increase I will start setting aside $ 35,000.00 per month in the Tax Account for arrears.

Since my fieldwork is limited now, I will be renting an apartment or similar cost ($ 1500.00 per month) near the Scottsdale laboratory.

**Period Ending September 30, 2018**

DENNIS M. DANZIK

Case Number: 17-20934

**Exhibit B - Monthly Operating Report**

**Cash and Income**

| DATE | INCOME RUNNING SHEET | NOTE | AMOUNT | | Per Payroll Period |
|---|---|---|---|---|---|
| | Source | | | | |
| 3/23/2018 | Payment Received | 1 | $ 60,000.00 | | |
| 5/1/2018 | Payment Received | 1 | $ 119,000.00 | | |
| 6/1/2018 | Payment Received | 1 | $ 60,000.00 | | |
| 6/27/2018 | Payment Received | 1 | $ 50,000.00 | | |
| 8/1/18 | Payment Received | Base | $ 25,000.00 | | |
| 8/16/2018 | Payment Received | Base | $ 25,000.00 | | |
| 8/31/2018 | Payment Received | Base | $ 25,001.00 | | |
| 9/15/2018 | Payment Received | Base | $ 25,000.00 | | |
| | Gross Taxes Paid (Withholding) | | | | |
| | Federal Withholding | | $ (25,012.00) | $ | (6,253.00) |
| | Social Security | | $ (6,200.00) | $ | (1,550.00) |
| | Medicare | | $ (1,450.00) | $ | (362.50) |
| | Arizona State Income | | $ (2,700.00) | $ | (675.00) |
| | Total Taxes Withheld/Paid | | $ (35,362.00) | $ | (8,840.50) |
| 3 | Ending Cash | | $ 7,195.76 | | |
| 4 | Wells Fargo Account | | $ 25.24 | | |
| 5 | US Bank Debtor in Possession | | $ 201,045.97 | | |
| 6 | US Bank Debtor in Possession - Tax Account | | $ 146,931.10 | | |
| | Total Earnings (Income for Month)(Collected) | | $ 50,000.00 | | |
| | TOTAL CASH | | $ 355,198.07 | | |
| | RECEIVEABLES | | $ 98,740.00 | | |

Note:   Base pay began 8/1/2018 with taxes paid or withheld as shown.

**Period Ending September 30, 2018**

**DENNIS M. DANZIK**

Case Number: 17-20934

**Exhibit C - Monthly Operating Report**

**Expenses**

| # | DATE | EXPENSE RUNNING SHEET Payee | NOTE | AMOUNT $ 135.00 | | Credit Last 4 |
|---|---|---|---|---|---|---|
| 1 | 9/3/2018 | Credit Protect | | $ 2.38 | | 2 6632 |
| 2 | 9/3/2018 | Late Fee | | $ 2.40 | | 2 6632 |
| 3 | 9/3/2018 | Interest Charge on purchases | | $ 3.16 | | 2 6632 |
| 4 | 9/3/2018 | Premium Club Membership | | $ 4.95 | | 2363 |
| 5 | 9/4/2018 | Credit Protect | | $ 3.52 | | 2 9116 |
| 6 | 9/4/2018 | Annual Fee 10/18-10/18 | | $ 8.25 | | 2 9116 |
| 7 | 9/4/2018 | Interest Charge on purchases | | $ 5.14 | | 2 9116 |
| 8 | 9/4/2018 | Late Fee | | $ 10.94 | | 2 9116 |
| 9 | 9/9/2018 | Premium Club Membership | | $ 4.95 | | 2 152 |
| 10 | 9/10/2018 | Taco Bell | | $ 15.94 | | 2 2363 |
| 11 | 9/10/2018 | Automatic Payment | Payment | | $ 26.38 | 1 2363 |
| 12 | 9/10/2018 | Payment | Payment | | $ 250.51 | 6632 |
| 13 | 9/11/2018 | Automatic Payment | Payment | | $ 9.94 | 1 152 |
| 14 | 9/14/2018 | Shell oil | | $ 18.14 | | 6632 |
| 15 | 9/16/2018 | Big Five Sporting Goods | | $ 154.15 | | 2 6632 |
| 16 | 9/21/2018 | Banner Bistro | | $ 3.00 | | 2 6632 |
| 17 | 9/22/2018 | Tanzy Restraunt | | $ 227.83 | | 2 6632 |
| 18 | 9/27/2018 | Credit one credit reward | Payment | $ - | $ 0.28 | 1 6632 |

| Gross Taxes Paid September (Withholding) | | | |
|---|---|---|---|
| Federal Withholding | 3 | $ 12,506.00 | |
| Social Security | 3 | $ 3,100.00 | |
| Medicare | 3 | $ 725.00 | |
| Arizona State Income | 3 | $ 1,350.00 | |
| Total Taxes Withheld/Paid | 3 | $ 17,681.00 | |

| | | Total | $ 18,145.75 | $ 287.11 |
|---|---|---|---|---|

1 CASH
2 CC
3 Tax

Period Ending September 30, 2018

DENNIS M. DANZIK

Case Number: 17-20934

Exhibit D - Monthly Operating Report

Unpaid Bills

| | DATE | UNPAID BILLS Description | NOTE | AMOUNT |
|---|---|---|---|---|
| 1 | 9/31/2018 | Credit Card Ending 9116 | Balance Due | $ 370.38 |
| 2 | 9/31/2018 | Credit Card Ending 9948 | Balance Due | $ - |
| 3 | 9/31/2018 | Credit Card Ending 0152 | Balance Due | $ - |
| 4 | 9/31/2018 | Credit Card Ending 2363 | Balance Due | $ 15.94 |
| 5 | 9/31/2018 | Credit Card Ending 3593 | Balance Due | $ - |
| 7 | 9/31/2018 | Credit Card Ending 6632 | Balance Due | $ 250.51 |
| | | TOTAL | | $ 636.83 |

Period Ending September 30, 2018

DENNIS M. DANZIK

Case Number: 17-20934

Exhibit E - Monthly Operating Report

Receivables

| # | DATE | RECEIVABLES - Runing Total and Collections Description | Client Code | NOTE | AMOUNT |
|---|---|---|---|---|---|
| 1 | 12/1/17 | Invoice 17-12010022 | 1 | Invoice | $ 19,100.00 |
| 2 | 12/6/17 | Invoice 17-12010023 | 4 | Invoice | $ 1,700.00 |
| 3 | 1/8/2018 | Invoice 18-01010024 | 4 | Invoice | $ 2,600.00 |
| 4 | 1/31/2018 | Invoice 18-01010025 | 1 | Invoice | $ 21,500.00 |
| 5 | 2/1/2018 | Invoice 18-01010026 | 3 | Invoice | $ 150.00 |
| 6 | 2/28/2018 | Invoice 18-01010027 | 1 | Invoice | $ 26,740.00 |
| 7 | 3/1/2018 | Invoice 18-01010028 | 3 | Invoice | $ 150.00 |
| 8 | 3/31/2018 | Invoice 18-01010029 | 1 | Invoice | $ 31,400.00 |
| 9 | 4/30/2018 | Invoice 18-01010030 | 1 | Invoice | $ 37,200.00 |
| 10 | 5/1/2018 | Invoice 18-01010031 | 1 | Invoice | $ 61,860.00 |
| 11 | 6/1/2018 | Invoice 18-01010032 | 1 | Invoice | $ 60,000.00 |
| 12 | 6/15/2018 | Invoice 18-01010033 | 1 | Invoice | $ 83,940.00 |
| 13 | 8/1/2018 | Invoice - Base Pay | Payroll | Base | $ 25,000.00 |
| 14 | 8/22/2018 | Invoice 18-01010033 | 1 | Invoice | $ 18,400.00 |
| 15 | 8/31/2018 | Invoice - Base Pay | Payroll | Base | $ 25,000.00 |
| 16 | 9/15/2018 | Invoice - Base Pay | Payroll | Base | $ 25,000.00 |
| 17 | 9/28/2018 | Invoice 18-01010034 | 1 | Invoice | $ 23,000.00 |
| | | **Total Billings** | | | **$ 462,740.00** |
| | 3/23/18 | Payment Received | 1 | Payment | $ 60,000.00 |
| | 5/1/18 | Payment Received | 2 | Payment | $ 119,000.00 |
| | 6/1/18 | Payment Received | 1 | Payment | $ 60,000.00 |
| | 6/27/18 | Payment Received | 1 | Payment | $ 50,000.00 |
| | 8/1/18 | Payment Received | 4 | Payment | $ 25,000.00 |
| | 8/15/18 | Payment Received | 4 | Payment | $ 25,000.00 |
| | 8/31/18 | Payment Received | | Payment | $ 50,000.00 |
| | 9/15/18 | Payment Received | | Payment | $ 25,000.00 |
| | | **Total Payments Received** | | | **$ 414,000.00** |
| | | **TOTAL RECEIVABLES*** | | | **$ 48,740.00** |
| | | **TOTAL RECEIVABLES - w/ Expenses** | | | **$ 98,740.00** |

* Some delayed billings for this month shown in later months



P.O. Box 1800
Saint Paul, Minnesota 55101-0800

5131    TRN    S    X    ST01

**Uni-Statement**
Account Number:
6190
Statement Period:
Sep 1, 2018
through
Sep 30, 2018

Page 1 of 2



000006266 01 MB 0.424 106481744813514 P Y
ESTATE OF DENNIS M DANZIK
DEBTOR IN POSSESSION
BANKRUPTCY CASE #17-20934
10632 N SCOTTSDALE RD # 722
SCOTTSDALE AZ  85254-6164

**To Contact U.S. Bank**
**By Phone:**           1-800-US BANKS
                        (1-800-872-2657)
**U.S. Bank accepts Relay Calls**
**Internet:**                usbank.com

## NEWS FOR YOU

**Your privacy and security are our priority.**
With the U.S. Bank Mobile App, your private information stays private, thanks to advanced encryption and firewall technology. For added peace of mind, you can activate 24/7 security alerts on your phone. If fraud is detected, you'll be notified when it happens. Don't have the app?  Visit usbank.com/bankinapp to learn more and download the app today.

## INFORMATION YOU SHOULD KNOW

**Effective September 14th, 2018** the **"Your Deposit Account Agreement"** booklet and **"Consumer Pricing Information"** brochure will include a number of updates and may affect your rights. Starting September 14, you may pick up copies at your local branch, view copies at usbank.com, or call 1-800-USBANKS (1-800-872-2657) for copies.  Please see the Additional Information Section of this statement for the main updates that were made to **"Your Deposit Account Agreement"** booklet and **"Consumer Pricing Information"** brochure.

**Effective November 12th, 2018** the **"Your Deposit Account Agreement"** booklet will include a number of updates and may affect your rights. Starting November 12th, you may pick up a copy at your local branch, view a copy on usbank.com, or call 1-800-USBANKS (1-800-872-2657) for a copy.  The main updates that were made to **"Your Deposit Account Agreement"** booklet sections and sub sections include:

- Under sub section **Consumer Overdraft Protection** - additional language on overdraft protection advancement.
- Under sub section **Business Banking Overdraft Protection** - additional language on overdraft protection advancement.
- Removal of sub section **Returns at Merchants** and the daily limit.
- Update to the hours of operation for the U.S Bank Business Service Center.

## EASY CHECKING                                                                                      Member FDIC
U.S. Bank National Association                                                                  Account Number 6190

**Account Summary**

| | | | |
|---|---|---|---|
| Beginning Balance on Sep 1 | $ 210,627.17 | Number of Days in Statement Period | 30 |
| Deposits / Credits | 16,159.42 | Average Account Balance | $ 210,328.32 |
| Other Withdrawals | 25,740.62- | | |
| **Ending Balance on Sep 30, 2018** | **$ 201,045.97** | | |

### Deposits / Credits

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| Sep 26 | Deposit | 8654560537 | $ 16,159.42 |
| | | **Total Deposits / Credits** | **$ 16,159.42** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Sep 11 | Electronic Withdrawal REF=182540039436240N00 | To FSB BLAZE 3420747941PAYMENT | 58236 | $ 26.38- |
| Sep 11 | Electronic Withdrawal REF=182530119229200N00 | To Credit One Bank 912240213 Payment  0000287821927 | | 250.51- |
| Sep 11 | Electronic Withdrawal REF=182530119228930N00 | To Credit One Bank 912240213 Payment  0000287822338 | | 451.79- |




**usbank.**

ESTATE OF DENNIS M DANZIK
DEBTOR IN POSSESSION
BANKRUPTCY CASE #17-20934
10632 N SCOTTSDALE RD # 722
SCOTTSDALE AZ  85254-6164

Uni-Statement
Account Number:
6190

Statement Period:
Sep 1, 2018
through
Sep 30, 2018

Page 2 of 2

## EASY CHECKING (CONTINUED)

U.S. Bank National Association

Account Number 6190

### Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Sep 12 | Electronic Withdrawal REF=182540098418090N00 | To LEGACY VISA PYMT 1470535472PAYMENT  2015 | | 9.94- |
| Sep 28 | Paper Statement Fee | | 2800001685 | 2.00- |
| Sep 28 | Internet Banking Transfer | To Account   01 | | 25,000.00- |
| | | **Total Other Withdrawals** | $ | **25,740.62-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Sep 11 | 209,898.49 | Sep 26 | 226,047.97 | Sep 28 | 201,045.97 |
| Sep 12 | 209,888.55 | | | | |

Balances only appear for days reflecting change.

## ADDITIONAL INFORMATION

**Effective September 14, 2018** the main updates to note in the revised **"Your Deposit Account Agreement"** booklet sections, and sub sections, include:

- Addition of *Real-Time Payment/Prohibition on Foreign Payments* section to the agreement
- Addition of *Retention of Documents* section to the agreement
- Added language pertaining to cut off time, retention of documents and large cash deposits added to the *Transaction Posting Order* section
- Clarification in the definition of "Available Balance" in the *Insufficient Funds and Overdrafts* section
- Additional language added to the *Insufficient Funds and Overdrafts* section regarding Extended Overdraft fees
- Updated language in the *Insufficient Funds and Overdrafts* section as it relates to ATM and Debit Card Overdraft Coverage options
- Title change from "Small Business" to "Business Banking"
- Added explanation pertaining to the order and possible fee(s) when linking accounts for Overdraft Transfer Protection in the *Overdraft Protection Plans* section
- Changes to eligible accounts, U.S. Bank Business Reserve Line of Credit for Business Banking and advances on U.S. Bank Business Credit Cards as it relates to overdraft protection in the *Overdraft Protection Plans* section
- Title change from "Private Client" Account to "Wealth Management" Account
- Addition of the Arbitration clause to the *U.S. Bank Consumer Reserve Line Agreement* section
- Removal of state specific language in the *Cost of Collection* section
- Updates in the Important *Military Lending Act Information* section

**Effective September 14, 2018** the main updates to note in the revised **"Consumer Pricing Information"** brochure include:

- The addition of a new *Additional Features* section explaining all consumer checking and savings features and benefits, not previously listed in the **"Consumer Pricing Information"** brochure
- The addition of the *Benefits for Military and Senior Customers* explaining all the features and benefits for Military Servicemembers and Seniors, not previously listed in the **"Consumer Pricing Information"** brochure
- Disclosure clarification regarding fees pertaining to U.S. Bank and Non-U.S. Bank brand ATM's
- Clarification on the processing and structure of Extended Overdraft Fees
- The **Withdrawal Charge** associated with Federal Regulation D savings withdrawal limits has been further outlined in the *Miscellaneous Checking, Savings or Money Market Fees* section

Starting September 14, you may pick up copies at your local branch, view copies at usbank.com, or call 1-800-USBANKS (1-800-872-2657) for copies.

**U.S. Bank**
P.O. Box 1800
Saint Paul, Minnesota 55101-0800

5131    TRN    S    X    ST01

000022708 01 AB 0.408 106481728383331 P Y
DENNIS M DANZIK
TAX ACCOUNT
10632 N SCOTTSDALE RD # 722
SCOTTSDALE AZ 85254-6164

**Uni-Statement**
Account Number: 6901
Statement Period:
Aug 15, 2018
through
Sep 17, 2018

Page 1 of 2



To Contact U.S. Bank
By Phone: 1-800-US BANKS
(1-800-872-2657)

U.S. Bank accepts Relay Calls
Internet: usbank.com

## NEWS FOR YOU

**We've made it easier than ever to bank the way you want.**
With the U.S. Bank Mobile App you can view your balance and see transactions, quickly make payments with bill pay, deposit checks with mobile check deposit[1] and more all in the palm of your hand. Don't have the app? Visit usbank.com/mangeinapp to learn more and download the app today.

[1] Free for consumer accounts. Eligibility requirements and restrictions apply. Please refer to the *Online and Mobile Financial Services Agreement* and *Fee Guide* for more information.

## INFORMATION YOU SHOULD KNOW

**Effective September 14th, 2018** the **"Your Deposit Account Agreement"** booklet and **"Consumer Pricing Information"** brochure will include a number of updates and may affect your rights. Starting September 14, you may pick up copies at your local branch, view copies at usbank.com, or call 1-800-USBANKS (1-800-872-2657) for copies. Please see the Additional Information Section of this statement for the main updates that were made to **"Your Deposit Account Agreement"** booklet and **"Consumer Pricing Information"** brochure.

**Effective November 12th, 2018** the **"Your Deposit Account Agreement"** booklet will include a number of updates and may affect your rights. Starting November 12th, you may pick up a copy at your local branch, view a copy on usbank.com, or call 1-800-USBANKS (1-800-872-2657) for a copy. The main updates that were made to **"Your Deposit Account Agreement"** booklet sections and sub sections include:
- Under sub section **Consumer Overdraft Protection** - additional language on overdraft protection advancement.
- Under sub section **Business Banking Overdraft Protection** - additional language on overdraft protection advancement.
- Removal of sub section **Returns at Merchants** and the daily limit.
- Update to the hours of operation for the U.S Bank Business Service Center.

## EASY CHECKING   Member FDIC
U.S. Bank National Association    Account Number 6901

**Account Summary**
| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Aug 15 | $ | 101,933.10 | Number of Days in Statement Period | | 34 |
| Deposits / Credits | | 20,000.00 | Average Account Balance | $ | 112,521.33 |
| Other Withdrawals | | 2.00- | | | |
| Ending Balance on Sep 17, 2018 | $ | 121,931.10 | | | |

**Deposits / Credits**
| Date | Description of Transaction | | | Ref Number | | Amount |
|---|---|---|---|---|---|---|
| Aug 31 | Internet Banking Transfer | From Account | 90 | | $ | 20,000.00 |
| | | | Total Deposits / Credits | | $ | 20,000.00 |

**Other Withdrawals**
| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Sep 17 | Paper Statement Fee | 1700007483 | $ | 2.00- |
| | | Total Other Withdrawals | $ | 2.00- |



DENNIS M DANZIK
TAX ACCOUNT
10632 N SCOTTSDALE RD # 722
SCOTTSDALE AZ 85254-6164

**Uni-Statement**
Account Number:
6901

Statement Period:
Aug 15, 2018
through
Sep 17, 2018



Page 2 of 2

## EASY CHECKING (CONTINUED)

U.S. Bank National Association  Account Number ˙1

### Balance Summary

| Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|
| Aug 31 | 121,933.10 | Sep 17 | 121,931.10 |

Balances only appear for days reflecting change.

## ADDITIONAL INFORMATION

**Effective September 14, 2018** the main updates to note in the revised **"Your Deposit Account Agreement"** booklet sections, and sub sections, include:

- Addition of *Real-Time Payment/Prohibition on Foreign Payments* section to the agreement
- Addition of *Retention of Documents* section to the agreement
- Added language pertaining to cut off time, retention of documents and large cash deposits added to the *Transaction Posting Order* section
- Clarification in the definition of "Available Balance" in the *Insufficient Funds and Overdrafts* section
- Additional language added to the *Insufficient Funds and Overdrafts* section regarding Extended Overdraft fees
- Updated language in the *Insufficient Funds and Overdrafts* section as it relates to ATM and Debit Card Overdraft Coverage options
- Title change from "Small Business" to "Business Banking"
- Added explanation pertaining to the order and possible fee(s) when linking accounts for Overdraft Transfer Protection in the *Overdraft Protection Plans* section
- Changes to eligible accounts, U.S. Bank Business Reserve Line of Credit for Business Banking and advances on U.S. Bank Business Credit Cards as it relates to overdraft protection in the *Overdraft Protection Plans* section
- Title change from "Private Client" Account to "Wealth Management" Account
- Addition of the Arbitration clause to the *U.S. Bank Consumer Reserve Line Agreement* section
- Removal of state specific language in the *Cost of Collection* section
- Updates in the Important *Military Lending Act Information* section

**Effective September 14, 2018** the main updates to note in the revised **"Consumer Pricing Information"** brochure include:

- The addition of a new *Additional Features* section explaining all consumer checking and savings features and benefits, not previously listed in the **"Consumer Pricing Information"** brochure
- The addition of the *Benefits for Military and Senior Customers* explaining all the features and benefits for Military Servicemembers and Seniors, not previously listed in the **"Consumer Pricing Information"** brochure
- Disclosure clarification regarding fees pertaining to U.S. Bank and Non-U.S. Bank brand ATM's
- Clarification on the processing and structure of Extended Overdraft Fees
- The **Withdrawal Charge** associated with Federal Regulation D savings withdrawal limits has been further outlined in the *Miscellaneous Checking, Savings or Money Market Fees* section

Starting September 14, you may pick up copies at your local branch, view copies at usbank.com, or call 1-800-USBANKS (1-800-872-2657) for copies.

# Wells Fargo Everyday Checking

Account number:  6456  ■ September 1, 2018 - September 30, 2018  ■ Page 1 of 4



DENNIS M DANZIK
1108 14TH ST
405
CODY WY 82414-3743

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**  (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語  1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (038)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ✓ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

### Activity summary

| | |
|---|---:|
| Beginning balance on 9/1 | $35.24 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 10.00 |
| **Ending balance on 9/30** | **$25.24** |

Account number:  6456
**DENNIS M DANZIK**
*Arizona account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN):

### Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

(38)

Account number: 6456 ■ September 1, 2018 - September 30, 2018 ■ Page 2 of 4



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 9/28 | | Monthly Service Fee | | 10.00 | 25.24 |
| Ending balance on 9/30 | | | | | 25.24 |
| Totals | | | $0.00 | $10.00 | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 09/01/2018 - 09/30/2018 | Standard monthly service fee $10.00 | You paid $10.00 |
|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $35.24 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 0 ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |
| Monthly service fee discount(s) *(applied when box is checked)* | | |
| Age of primary account owner is 17 - 24 ($10.00 discount) | ☐ | |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
RC/RC

 **IMPORTANT ACCOUNT INFORMATION**

Great news - effective August 2, 2018, when the primary account owner is 17-24 years old, the $10 monthly service fee will be waived for your Everyday Checking account.

On the primary account owner's 25th birthday, the account will automatically be subject to the then current monthly service fee. Thank you again for banking with Wells Fargo. If you have questions about these changes, please contact your local banker or call the number listed on your statement.

Effective November 10, 2018, the sentence "Certain electronic credit transfers, such as those through card networks or funds transfer systems, will be available on the first business day after the day we receive the transfer" in the first paragraph of the "Your ability to withdraw funds" section under the "Funds availability policy" in the Deposit Account Agreement will be replaced with "Certain electronic credit transfers, such as those through card networks or funds transfer systems, will be available on the day we receive the transfer."

A reminder...