UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF WYOMING

*Minutes of Proceeding*

FILED
9:50 am, 12/4/18
Tim J. Ellis
Clerk of Court

Date: November 20, 2018 

HONORABLE Cathleen D. Parker, Presiding

Location: Courtroom

In re:  

Dennis Meyer Danzik                    Debtor(s)

Case No: 17-20934

Chapter 11

### Appearances

| | | | |
|---|---|---|---|
| Debtor(s) | Dennis Meyer Danzik | Counsel | Ken McCartney |
| Creditor | CWT Canada II Limited Partnership and Resource Recovery Corporation. | Counsel | Brad Hunsicker |

Proceedings: Hearing on the Motion to Dismiss Case filed by CWT Canada II Limited Partnership and Resource Recovery Corporation (ECF No. 180), Debtor's response (ECF No. 184), and Movant's reply (ECF No. 186)

Witness sworn and testified:   Dennis Danzik

The witness' testimony, documentary evidence and arguments are on the record.

Orders:
- ☐ Relief sought  ☐ Granted  ☐ Denied  ☐ Case Dismissed  ☐ Continued
- ☒ Matter taken under advisement
- ☐ Formal order or judgment to enter to be prepared by _____
- ☐ These minutes constitute the Court's official order in this matter.

The court took the matter under advisement.

BY THE COURT:

*Cathleen D Parker*  12/4/18

Honorable Cathleen D. Parker
United States Bankruptcy Court
District of Wyoming