B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

## District of Wyoming

In re   Dennis Meyer Danzik                          ,        Case No.   17-20934
_____
*Debtor*

Small Business Case under Chapter 11

### SMALL BUSINESS MONTHLY OPERATING REPORT

Month:   November 2018                    Date filed:   12/18/2018

Line of Business:   Engineering and Design Consulting       NAISC Code:   541330

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_____
Original Signature of Responsible Party

Dennis M. Danzik
_____
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☐ | ☑ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH *[All of my Federal Returns are filed 2008 through 2017. 2018 will be filed in early January.* | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? *Tax Account at same Bank* | ☑ | ☐ |

Page 2

B 25C (Official Form 25C) (12/08)

14.    HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH?    ☐    ☑

15.    DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH?    ☐    ☑

16.    HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH?    ☐    ☑

17.    HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH?    ☐    ☑

18.    HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY?    ☐    ☑

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX
OBLIGATIONS?    *[Only payment obligations - All Federal Tax returns are filed] [Some may be amended]*    ☐    ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL
BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR
THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH.  THE LIST
SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE
MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL INCOME** | $ | 72,630.00 |

### SUMMARY OF CASH ON HAND

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | 386,308.65 |
| Cash on Hand at End of Month | $ | 436,844.48 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    **TOTAL** | $ | 436,844.48 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK
ACCOUNTS THIS MONTH.  INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE
PURPOSE AND THE AMOUNT.  *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL EXPENSES** | $ | 21,454.22 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 72,630.00 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 21,454.22 |
| *(Subtract Line C from Line B)*    **CASH PROFIT FOR THE MONTH** | $ | 51,175.78 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 1,997.18

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 117,140.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? 0

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? 0

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?

$ 0.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?

$ 0.00

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?

$ 0.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?

$ 0.00

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180
DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 84,000.00 | $ 72,630.00 | $ 11,370.00 |
| EXPENSES | $ 24,500.00 | $ 21,454.22 | $ 3,045.78 |
| CASH PROFIT | $ 59,500.00 | $ 51,175.78 | $ 8,324.22 |

| | |
|---|---|
| TOTAL PROJECTED INCOME FOR THE NEXT MONTH: | $ 84,000.00 |
| TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: | $ 24,500.00 |
| TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: | $ 59,500.00 |

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET
WHICH YOU PREPARE INTERNALLY.

I paid (or had withheld and paid to IRS on current tax liabilities) approximately $ 17,680.00 for November.
I will be paying into my Tax Account another $ 35,000.00 in December, as my Debtor in Possession account
is $ 97,569. and that will grow bay at least another $ 50,000.00 this month due to year end bonuses.

This will put my account to pay taxes at just over $ 380,000.00 by the end of December.

My separate Tax Account for taxes in arrears stands at $ 345,925.10 as of November 30, 2018.

I have completed my 2016 and 2017 Federal Tax returns and they are mailed. I am forwarding copies to my IRS contact
In Denver. My 2016 and 2017 tax liabilities are low at a combined. I owe $ 7554.00 for 2016 and owed $ 1346.00 for 2017.

Period Ending November 30, 2018

DENNIS M. DANZIK

Case Number: 17-20934

Exhibit B - Monthly Operating Report

Cash and Income

| DATE | INCOME RUNNING SHEET | NOTE | AMOUNT | |
|------|---------------------|------|--------|---|
| | Source | | | |
| 3/23/2018 | Payment Received | 1 | $ | 60,000.00 |
| 5/1/2018 | Payment Received | 1 | $ | 119,000.00 |
| 6/1/2018 | Payment Received | 1 | $ | 60,000.00 |
| 6/27/2018 | Payment Received | 1 | $ | 50,000.00 |
| 8/1/18 | Payment Received | Base | $ | 25,000.00 |
| 8/16/2018 | Payment Received | Base | $ | 25,000.00 |
| 8/31/2018 | Payment Received | Base | $ | 25,000.00 |
| 9/15/2018 | Payment Received | Base | $ | 25,001.00 |
| 10/1/2018 | Payment Received | Base | $ | 25,000.00 |
| 10/15/2018 | Payment Received | Base | $ | 25,000.00 |
| 11/6/2018 | Payment Received | Base | $ | 25,000.00 |
| 11/19/2018 | Payment Received | Base | $ | 25,000.00 |

| | Gross Taxes Paid (Withholding) | | | | | Per Payroll Period | |
|--|--|--|--|--|--|--|--|
| | Federal Withholding | | $ | (50,024.00) | $ | (6,253.00) | |
| | Social Security | | $ | 7,960.00 | $ | (1,550.00) | |
| | Medicare | | $ | (2,900.00) | $ | (362.50) | |
| | Arizona State Income | | $ | (5,400.00) | $ | (675.00) | |
| | Total Taxes Withheld/Paid  IRS / State | | $ | (50,364.00) | $ | (8,840.50) | |

| | | | | | |
|--|--|--|--|--|--|
| 3 | Ending Cash | | $ | 7,195.76 | |
| 4 | Wells Fargo Account | | $ | 5.24 | |
| 5 | US Bank Debtor in Possession | | $ | 83,718.38 | |
| 6 | US Bank Debtor in Possession - Tax Account | | $ | 345,925.10 | |
| | Total Earnings (Income for Month)(Collected) | | $ | 50,000.00 | |
| | Total Cash On Hand | | $ | 436,844.48 | |
| | RECEIVEABLES | | $ | 117,140.00 | Includes Expenses |

Note:       Base pay began 8/1/2018 with taxes paid or withheld as shown.

Period Ending October 31, 2018

DENNIS M. DANZIK

Case Number: 17-20934

Exhibit C - Monthly Operating Report

Expenses

| | DATE | EXPENSE RUNNING SHEET | NOTE | AMOUNT | | | Credit Last 4 |
|---|---|---|---|---|---|---|---|
| | | Payee | | | | | |
| 1 | 11/2/2018 | Cevron | | | | | |
| 2 | 11/3/2018 | El Chorro | | $ 87.53 | | 2 | 6632 |
| 3 | 11/4/2018 | Quizlet | | $ 97.90 | | 2 | 152 |
| 4 | 11/5/2018 | TurboTax Intuit | | $ 19.99 | | 2 | 152 |
| 5 | 11/6/2018 | MTN Shadows | | $ 115.49 | | 2 | 152 |
| 6 | 11/7/2018 | ipic Scottsdale | | $ 60.69 | | 2 | 9116 |
| 7 | 11/7/2018 | Ipic Scottsdale | | $ 50.00 | | 2 | 152 |
| 8 | 11/8/2018 | Credit Card Fee | | $ 50.00 | | 2 | 152 |
| 9 | 11/8/2018 | Trader Joes | | $ 4.95 | | 2 | 152 |
| 10 | 11/9/2018 | Payment Fee | | $ 25.34 | | 2 | 9116 |
| 11 | 11/12/2018 | Payment Protection | | $ 9.95 | | 2 | 6632 |
| 12 | 11/12/2018 | Pacer Federal records | | $ 8.49 | | 2 | 152 |
| 13 | 11/13/2018 | Credit One Bank | | $ 53.90 | | 2 | 9116 |
| 14 | 11/13/2018 | Credit One Bank | Internet payment | | $ 218.43 | 2 | |
| 15 | 11/15/2018 | Legacy Credit Card | Internet payment | | $ 255.43 | 2 | |
| 16 | 11/15/2018 | Ipic Scottsdale | Internet payment | | $ 962.94 | 2 | |
| 17 | 11/15/2018 | TurboTax Intuit | | $ 50.00 | | 2 | 152 |
| 18 | 11/16/2018 | Shell Oil | | $ 125.99 | | 2 | 9116 |
| 19 | 11/16/2018 | Ipic | | $ 11.57 | | 2 | 9116 |
| 20 | 11/16/2018 | Tanzy Restraunt | | $ 92.87 | | 2 | 9116 |
| 21 | 11/19/2018 | Readers.com | | $ 60.34 | | 2 | 9116 |
| 22 | 11/19/2018 | Trader Joes | | $ 118.69 | | 2 | 152 |
| 23 | 11/20/2018 | Harvard Medical School - Tuition Fee | | $ 29.40 | | 2 | 9116 |
| 24 | 11/20/2018 | AVNGATE - Malware | | $ 35.00 | | 2 | 152 |
| 25 | 11/23/2018 | Trader Joes | | $ 43.17 | | 2 | 152 |
| 26 | 11/24/2018 | Walgreens | | $ 22.31 | | 2 | 9116 |
| 27 | 11/26/2018 | US Bank | | $ 60.69 | | 2 | 9116 |
| 28 | 11/26/2018 | United States Trustee | Fees | $ 300.00 | | 2 | 2830 |
| 29 | 11/27/2018 | Credit One Rewards | | $ 2,120.00 | | 3 | |
| 30 | 11/28/2018 | Trader Joes | | $ (1.88) | | 2 | 9116 |
| 31 | 11/29/2018 | Ipic Scottsdale | | $ 24.84 | | 2 | 9116 |
| 32 | 11/30/2018 | Statement Fee | | $ 34.00 | | 2 | 152 |
| 33 | 11/30/2018 | Blaze Credit Card | | $ 2.00 | | 2 | Bank |
| 34 | 11/30/2018 | Wells Fargo | Internet payment | | $ 10.14 | 2 | |
| 35 | 11/30/2018 | Ipic Scottsdale | | $ 10.00 | | 2 | Bank |
| 36 | 11/30/2018 | Withholding Taxes Paid - Federal and State | Taxes | $ 50.00 | | 2 | 152 |
| | | | | $ 17,681.00 | | 3 | |

| | | | | | | 1 | CASH |
| | | | | | | 2 | CC |
| TOTAL | | | | $ 21,454.22 | $ 1,446.94 | 3 | Tax |

Period Ending November 30, 2018

**DENNIS M. DANZIK**

Case Number: 17-20934

| | Exhibit D - Monthly Operating Report |
|---|---|
| | Unpaid Bills |

| | DATE | UNPAID BILLS | NOTE | AMOUNT | |
|---|---|---|---|---|---|
| | | Description | | | |
| 1 | 11/30/18 | Credit Card Ending 9116 | Balance Due | $ | 606.15 |
| 2 | 11/30/18 | Credit Card Ending 9948 | Balance Due | $ | - |
| 3 | 11/30/18 | Credit Card Ending 0152 | Balance Due | $ | 644.58 |
| 4 | 11/30/18 | Credit Card Ending 2363 | Balance Due | $ | 4.95 |
| 5 | 11/30/18 | Credit Card Ending 3593 | Balance Due | $ | - |
| 7 | 11/30/18 | Credit Card Ending 6632 | Balance Due | $ | - |
| 8 | 11/30/18 | Credit card Ending 4580 | Balance Due | $ | - |
| 9 | 11/30/18 | Credit card Ending 8092 | Balance Due | $ | 741.50 |
| 10 | 11/30/18 | Estimated taxes (current only) | Estimate | | |

| | | TOTAL | | $ 1,997.18 |

Period Ending November 30, 2018

**DENNIS M. DANZIK**

Case Number: 17-20934

| | | | Exhibit E - Monthly Operating Report |
|---|---|---|---|
| | | | Receivables |

| | DATE | RECEIVABLES - Runing Total and Collections | Client Code | NOTE | AMOUNT |
|---|---|---|---|---|---|
| | | Description | | | |
| 1 | 12/1/17 | Invoice 17-12010022 | 1 | Invoice | $ 19,100.00 |
| 2 | 12/6/17 | Invoice 17-12010023 | 4 | Invoice | $ 1,700.00 |
| 3 | 1/8/2018 | Invoice 18-01010024 | 4 | Invoice | $ 2,600.00 |
| 4 | 1/31/2018 | Invoice 18-01010025 | 1 | invoice | $ 21,500.00 |
| 5 | 2/1/2018 | Invoice 18-01010026 | 3 | Invoice | $ 150.00 |
| 6 | 2/28/2018 | Invoice 18-01010027 | 1 | Invoice | $ 26,740.00 |
| 7 | 3/1/2018 | Invoice 18-01010028 | 3 | Invoice | $ 150.00 |
| 8 | 3/31/2018 | Invoice 18-01010029 | 1 | Invoice | $ 31,400.00 |
| 9 | 4/30/2018 | Invoice 18-01010030 | 1 | Invoice | $ 37,200.00 |
| 10 | 5/1/2018 | Invoice 18-01010031 | 1 | Invoice | $ 61,860.00 |
| 11 | 6/1/2018 | Invoice 18-01010032 | 1 | Invoice | $ 60,000.00 |
| 12 | 6/15/2018 | Invoice 18-01010033 | 1 | Invoice | $ 83,940.00 |
| 13 | 8/1/2018 | Invoice - Base Pay | Payroll | Base | $ 25,000.00 |
| 14 | 8/22/2018 | Invoice 18-01010033 | 1 | Invoice | $ 18,400.00 |
| 15 | 8/31/2018 | Invoice - Base Pay | Payroll | Base | $ 25,000.00 |
| 16 | 9/15/2018 | Invoice - Base Pay | Payroll | Base | $ 25,000.00 |
| 17 | 9/28/2018 | Invoice 18-01010034 | 1 | Invoice | $ 23,000.00 |
| 18 | 10/1/2018 | Invoice - Base Pay | Payroll | Base | $ 25,000.00 |
| 19 | 10/10/2018 | Invoice 18-01010035 | 1 | Invoice | $ 18,400.00 |
| 20 | 10/15/2018 | Invoice - Base Pay | Payroll | Base | $ 25,000.00 |
| 21 | 11/18/2018 | Invoice - Base Pay | Payroll | Base | $ 50,000.00 |
| 22 | 11/22/2018 | Invoice 18-01010036 | 1 | Invoice | $ 12,630.00 |
| | | **Total Billings** | | | $ 593,770.00 |
| | 3/23/18 | Payment Received | 1 | Payment | $ 60,000.00 |
| | 5/1/18 | Payment Received | 2 | Payment | $ 119,000.00 |
| | 6/1/18 | Payment Received | 1 | Payment | $ 60,000.00 |
| | 6/27/18 | Payment Received | 1 | Payment | $ 50,000.00 |
| | 8/1/18 | Payment Received | 4 | Payment | $ 25,000.00 |
| | 8/15/18 | Payment Received | 4 | Payment | $ 25,000.00 |
| | 8/31/18 | Payment Received | 4 | Payment | $ 50,000.00 |
| | 9/15/18 | Payment Received | 4 | Payment | $ 25,000.00 |
| | 10/1/18 | Payment Received | 4 | Payment | $ 25,000.00 |
| | 10/15/18 | Payment Received | 4 | Payment | $ 25,000.00 |
| | 11/1/18 | Payment Received | 4 | Payment | $ 25,000.00 |
| | 11/15/18 | Payment Received | 4 | Payment | $ 25,000.00 |
| | | **Total Payments Received** | | | $ 514,000.00 |
| | | **TOTAL RECEIVABLES*** | | | $ 79,770.00 |
| | | **TOTAL RECEIVABLES - w/ Expenses** | | | $ 117,140.00 |

* Some delayed billings for this month shown in later months



# usbank.

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

5131      TRN          S        X      ST01

**Uni-Statement**

Account Number:
6190
Statement Period:
Nov 1, 2018
through
Nov 30, 2018

Page 1 of 2

000005917 01 MB 0.424 10648181788 1794 P Y
ESTATE OF DENNIS M DANZIK
DEBTOR IN POSSESSION
BANKRUPTCY CASE #17-20934
10632 N SCOTTSDALE RD # 722
SCOTTSDALE AZ 85254-6164



☎

By Phone:

*To Contact U.S. Bank*

1-800-US BANKS
(1-800-872-2657)

*U.S. Bank accepts Relay Calls*

*internet:*                usbank.com

## NEWS FOR YOU

Give a Visa® Gift Card.  Available at any U.S. Bank branch.

## EASY CHECKING

U.S. Bank National Association

*Member FDIC*

### Account Summary

Account Number 6190

| | | | | |
|---|---|---|---|---|
| Beginning Balance on Nov 1 | $ | 152,160.55 | Number of Days in Statement Period | 30 |
| Deposits / Credits | | 53,154.18 | Average Account Balance      $ | 126,116.87 |
| Card Withdrawals | | 300.00- | | |
| Other Withdrawals | | 121,296.35- | | |
| **Ending Balance on Nov 30, 2018** $ | | **83,718.38** | | |

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Nov 6 | Deposit | | 8357644601 | $ | 17,709.42 |
| Nov 19 | Deposit | | 8057326282 | | 17,709.42 |
| Nov 30 | Electronic Deposit | From Credit One Bank | | | 0.15 |
| | REF=183330123014820N00 | Payment  912240213 | | | |
| Nov 30 | Electronic Deposit | From Credit One Bank | | | 0.77 |
| | REF=183330123014810N00 | Payment  912240213 | | | |
| Nov 30 | Deposit | | 9254951632 | | 17,734.42 |
| | | **Total Deposits / Credits** | | $ | **53,154.18** |

### Card Withdrawals

Card Number: xxxx-xxxx-xxxx-2830

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Nov 26 | ATM Withdrawal | USB E GREENWAY S SCOTTSDALE AZ | | $ | 300.00- |
| | | Serial No. 001978123233SUS4U681 | | | |
| | | **Card 2830  Withdrawals Subtotal** | | $ | **300.00-** |
| | | **Total Card Withdrawals** | | $ | **300.00-** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Nov 13 | Electronic Withdrawal | To Credit One Bank | | $ | 218.43- |
| | REF=183170209970780N00 | 912240213 Payment | | | |
| Nov 13 | Electronic Withdrawal | To Credit One Bank | | | 255.43- |
| | REF=183170209970910N00 | 912240213 Payment | | | |
| Nov 15 | Electronic Withdrawal | To LEGACY VISA PYMT | | | 962.94- |
| | REF=183190100117210N00 | 1470535472PAYMENT | | | |
| Nov 19 | Internet Banking Transfer | To Account          3901 | | | 119,000.00- |
| Nov 30 | Electronic Withdrawal | To Credit One Bank | | | 0.92- |
| | REF=183330123014710N00 | 912240213 Payment  DANZIK,DENNIS | | | |
| Nov 30 | Paper Statement Fee | | | | 2.00- |
| Nov 30 | Electronic Withdrawal | To FSB BLAZE | | | 10.14- |
| | REF=183340060438220N00 | 3420747941PAYMENT | | | |

**usbank**

ESTATE OF DENNIS M DANZIK
DEBTOR IN POSSESSION
BANKRUPTCY CASE #17-20934
10632 N SCOTTSDALE RD # 722
SCOTTSDALE AZ  85254-6164

**Uni-Statement**
Account Number:
6190

Statement Period:
Nov 1, 2018
through
Nov 30, 2018



Page 2 of 2

## EASY CHECKING                                                      (CONTINUED)
U.S. Bank National Association
**Other Withdrawals (continued)**                          Account Number      6190

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Nov 30 | Electronic Withdrawal REF=183330123017070N00 | To Credit One Bank 912240213 Payment | | 24.12- |
| Nov 30 | Electronic Withdrawal REF=183340049227220N00 | To LEGACY VISA PYMT 1470535472PAYMENT | | 246.86- |
| Nov 30 | Electronic Withdrawal REF=183330123016900N00 | To Credit One Bank 912240213 Payment | | 575.51- |

Total Other Withdrawals         $        121,296.35-

**Balance Summary**

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Nov  6 | 169,869.97 | Nov 15 | 168,433.17 | Nov 26 | 66,842.59 |
| Nov 13 | 169,396.11 | Nov 19 | 67,142.59 | Nov 30 | 83,718.38 |

Balances only appear for days reflecting change.



P.O. Box 1800
Saint Paul, Minnesota 55101-0800

5131      TRN              S          X       ST01

**Uni-Statement**

Account Number:
6901
Statement Period:
Nov 16, 2018
through
Dec 14, 2018

Page 1 of 2

000030975 01 AB 0.408 106481835332099 P Y
DENNIS M DANZIK
TAX ACCOUNT
10632 N SCOTTSDALE RD # 722
SCOTTSDALE AZ 85254-6164

☎                              *To Contact U.S. Bank*
*By Phone:*                    1-800-US BANKS
                              (1-800-872-2657)

*U.S. Bank accepts Relay Calls*
*Internet:*                    usbank.com

## NEWS FOR YOU

Give a Visa® Gift Card. Available at any U.S. Bank branch.

## INFORMATION YOU SHOULD KNOW

Thank you for choosing U.S. Bank. We're committed to keeping you up to date on your account and would like to inform you of an upcoming change to your Easy Checking Account.

Beginning February 11, 2019, we will waive the $2.00 Paper Statement Fee[1] for account holders age 65 or older. The monthly maintenance fee is also waived for any account holder age 65 or older.

If you have any questions, please call us at U.S. Bank 24-Hour Banking at 800.USBANKS (872.2657).

[1] Additional fees may apply for Statements with Check Images and Statements with Check Return. Check Images are available with Paper or eStatements. Check Return is only available with Paper Statements. Accounts with the Senior customer indicator receive $1.00 discount per statement cycle for Statement with Check Return fee and the Statement with Check Images is waived.

**Effective February 11, 2019** the **"Your Deposit Account Agreement"** booklet and **"Consumer Pricing Information"** brochure will include a number of updates and may affect your rights. Starting February 11, you may pick up copies at your local branch, view copies at usbank.com, or call 800.USBANKS (800.872.2657) to request copies. The main update to note in the revised **"Your Deposit Account Agreement"** booklet section, and sub section, includes:

- In section "Terms Applicable to all Deposit Accounts", there is an update in the "Arbitration" subsection now titled "Resolution of Disputes by Arbitration".

The main updates to note in the revised **"Consumer Pricing Information"** brochure include:

- Additional rate benefits for all U.S. Bank personal checking accounts
- Updated disclosure regarding online banking with free credit score access
- Additional Monthly Maintenance Fee waive criteria for Easy Checking and Standard Savings accounts
- Updated Paper Statement Fee waive criteria for Easy Checking
- Additional benefit to military service members

Protecting your accounts is our highest priority. We have many safeguards in place to help ensure your accounts are secure. One of these is to close long-term inactive cards. If your U.S. Bank Visa Debit or ATM Card has not been used within the last 12 months, it may be closed. You will be notified at a later date in the event that your card will be closed. Please call us with any questions at 800-USBANKS (800-872-2657).

## EASY CHECKING

U.S. Bank National Association                                    *Member FDIC*
**Account Summary**                                              Account Number 6901

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Nov 16 | $ | 226,927.10 | Number of Days in Statement Period | | 29 |
| Deposits / Credits | | 119,000.00 | Average Account Balance | $ | 333,616.75 |
| Other Withdrawals | | 2.00- | | | |
| **Ending Balance on Dec 14, 2018** | $ | **345,925.10** | | | |



DENNIS M DANZIK
TAX ACCOUNT
10632 N SCOTTSDALE RD # 722
SCOTTSDALE AZ  85254-6164

**Uni-Statement**
Account Number:
6901

Statement Period:
Nov 16, 2018
through
Dec 14, 2018



Page 2 of 2

## EASY CHECKING
U.S. Bank National Association

**(CONTINUED)**
Account Number 6901

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | | Amount |
|------|---------------------------|--|-----------|--|--------|
| Nov 19 | Internet Banking Transfer | From Accoun | | $ | 119,000.00 |
| | | | **Total Deposits / Credits** | $ | **119,000.00** |

### Other Withdrawals

| Date | Description of Transaction | Ref Number | | Amount |
|------|---------------------------|-----------|--|--------|
| Dec 14 | Paper Statement Fee | 1400007170 | $ | 2.00- |
| | | **Total Other Withdrawals** | $ | **2.00-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|
| Nov 19 | 345,927.10 | Dec 14 | 345,925.10 |

Balances only appear for days reflecting change.

# Wells Fargo Everyday Checking

Account number: **6456**    ■ November 1, 2018 - November 30, 2018    ■ Page 1 of 3



DENNIS M DANZIK
1108 14TH ST
405
CODY WY 82414-3743

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

華語  1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (038)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ✓ |
| Online Statements | ✓ | Overdraft Protection | ✓ |
| Mobile Banking | ✓ | Debit Card | ✓ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 11/1 | $15.24 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 10.00 |
| **Ending balance on 11/30** | **$5.24** |

Account number:  **6456**

**DENNIS M DANZIK**

*Arizona account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  122105278

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Account number: **6456** ■ November 1, 2018 - November 30, 2018     ■ Page 2 of 3



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 11/30 | | Monthly Service Fee | | 10.00 | 5.24 |
| **Ending balance on 11/30** | | | | | 5.24 |
| **Totals** | | | **$0.00** | **$10.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 11/01/2018 - 11/30/2018 | Standard monthly service fee $10.00 | You paid $10.00 |
|------|------|------|
| **How to avoid the monthly service fee** | | |
| Have any **ONE** of the following account requirements | Minimum required | This fee period |
| ·  Minimum daily balance | $1,500.00 | $15.24 ☐ |
| ·  Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| ·  Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 0 ☐ |
| ·  The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($10.00 discount)     ☐
RC/RC



# IMPORTANT ACCOUNT INFORMATION

As a reminder, the total year-to-date number and amount of Overdraft and Return Item Fees waived due to our Overdraft Rewind (sm) feature located on your account statement is as of February 5, 2018.

Account number: **6456** ■ November 1, 2018 - November 30, 2018 ■ Page 3 of 3



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.

$ ____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** $ |  |

+ $ ____

**C** Add **A** and **B** to calculate the subtotal.

= $ ____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** $ |  |

- $ ____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.

= $ ____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801          Member FDIC.