B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

## District of Wyoming

In re    Dennis Meyer Danzik                              ,                    Case No.    17-20934

_Debtor_

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:    December 2018                                    Date filed:    01/15/2018

Line of Business:    Engineering and Design Consulting          NAISC Code:    541330

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

Original Signature of Responsible Party

Dennis M. Danzik

Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

|  |  | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☐ | ☑ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH  *[All of my Federal Returns are filed 2008 through 2017. 2018 will be filed in January.]* | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? *Tax Account at same Bank* | ☑ | ☐ |

B 25C (Official Form 25C) (12/08)

| | | |
|---|---|---|
| 14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX
OBLIGATIONS?   *[Only payment obligations - All Federal Tax returns are filed] [Some may be amended]*          ☐   ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL
BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR
THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH.  THE LIST
SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE
MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL INCOME** | $ | 68,220.00 |
| **SUMMARY OF CASH ON HAND** | | |
| Cash on Hand at Start of Month | $ | 436,844.48 |
| Cash on Hand at End of Month  *Includes one deposited check.* | $ | 457,067.66 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   **TOTAL** | $ | 457,067.36 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK
ACCOUNTS THIS MONTH.  INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE
PURPOSE AND THE AMOUNT.  *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL EXPENSES** | $ | 25,324.67 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 68,220.00 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 25,234.67 |
| *(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH** | $ | 42,895.33 |

Page 3

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ ___1,997.39___

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ ___135,360.00___

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? ___0___

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? ___0___

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?

$ ___0.00___

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?

$ ___0.00___

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?

$ ___0.00___

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?

$ ___0.00___

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180
DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 84,000.00 | $ 68,220.00 | $ 15,780.00 |
| EXPENSES | $ 24,500.00 | $ 25,235.00 | $ 735.00 |
| CASH PROFIT | $ 59,500.00 | $ 42,985.00 | $ 16,515.00 |

| | |
|---|---|
| TOTAL PROJECTED INCOME FOR THE NEXT MONTH: | $ 103,000.00 |
| TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: | $ 35,000.00 |
| TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: | $ 68,000.00 |

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET
WHICH YOU PREPARE INTERNALLY.

I paid (or had withheld and paid to IRS on current tax liabilities) approximately $ 17,680.00 for December.
My employer offered me 12-22-18 to 1-3-2019 off (with pay) so I took advantage of that, so my earnings went down but
my productivity and work bookings for January are much higher and growing with new work assignments in New
Mexico, and Florida.

My debtor in possession account grew again  by another $ 35,000 (est) so my tax account should be greater than
$ 380,000 as predicted this month or early Feb.

My separate Tax Account for taxes in arrears stands at $ 345,925.10 as of December 31, 2018.

All of my tax returns are filed up to 2017 and my State and Federal returns will be filed this month (January) and paid
in full for 2018.

I estimate on the low side that my 2019 income will grow by at least 30% with the work I have currently assigned, and
my employer will add at least four more engineering staff, reporting to me which should put my productivity in the
$ 800 to $ 900,000 income level for 2019 (Est).

**Period Ending December 31, 2018**

DENNIS M. DANZIK

Case Number: 17-20934

| | | Exhibit B - Monthly Operating Report |
| --- | --- | --- |
| | | Cash and Income |

| DATE | INCOME RUNNING SHEET | NOTE | AMOUNT | |
| --- | --- | --- | --- | --- |
| | Source | | | |
| 3/23/2018 | Payment Received | 1 | $ | 60,000.00 |
| 5/1/2018 | Payment Received | 1 | $ | 119,000.00 |
| 6/1/2018 | Payment Received | 1 | $ | 60,000.00 |
| 6/27/2018 | Payment Received | 1 | $ | 50,000.00 |
| 8/1/18 | Payment Received | Base | $ | 25,000.00 |
| 8/16/2018 | Payment Received | Base | $ | 25,000.00 |
| 8/31/2018 | Payment Received | Base | $ | 25,000.00 |
| 9/15/2018 | Payment Received | Base | $ | 25,001.00 |
| 10/1/2018 | Payment Received | Base | $ | 25,000.00 |
| 10/15/2018 | Payment Received | Base | $ | 25,000.00 |
| 11/6/2018 | Payment Received | Base | $ | 25,000.00 |
| 11/19/2018 | Payment Received | Base | $ | 25,000.00 |
| 12/1/2018 | Payment Received | Base | $ | 25,000.00 |
| 12/15/2018 | Payment Received | Base | $ | 25,000.00 |

| | | | | Per Payroll Period |
| --- | --- | --- | --- | --- |
| Total Cash Collected | $ | 539,001.00 | | |
| Gross Taxes Paid (Withholding) | | | | |
| Federal Withholding | $ | (62,530.00) | $ | (6,253.00) |
| Social Security | $ | 7,960.00 | $ | (1,550.00) |
| Medicare | $ | (3,625.00) | $ | (362.50) |
| Arizona State Income | $ | (6,750.00) | $ | (675.00) |
| Total Taxes Withheld/Paid IRS / State | $ | (64,945.00) | $ | (8,840.50) |

| Note | | | | | |
| --- | --- | --- | --- | --- | --- |
| 3 | Ending Cash | $ | 7,195.76 | | |
| 4 | Wells Fargo Account | $ | - | Account Closed | |
| 5 | US Bank Debtor in Possession | $ | 103,946.50 * | * Incl (1) undeposited check | |
| 6 | US Bank Debtor in Possession - Tax Account | $ | 345,925.10 | due to Holidays | |
| | Total Earnings (Income for Month)(Collected) | $ | 50,000.00 | | |
| | Total Cash On Hand | $ | 457,067.36 | | |
| | RECEIVEABLES | $ | 135,360.00 | Includes Expenses | |

Note:          Base pay began 8/1/2018 with taxes paid or withheld as shown.

**Period Ending December 31, 2018**

DENNIS M. DANZIK

Case Number: 17-20934

Exhibit C - Monthly Operating Report

Expenses

| | DATE | EXPENSE RUNNING SHEET Payee | NOTE | | AMOUNT | | | Credit Last 4 |
|---|---|---|---|---|---|---|---|---|
| 1 | 12/1/2018 | Ei Chorro | | | | | | |
| 2 | 12/2/2018 | Trip Advisor | | $ | 234.96 | | 2 | 9116 |
| 3 | 12/2/2018 | Google | | $ | 34.75 | | 2 | 9116 |
| 4 | 12/3/2018 | Interest charges on purchases | | $ | 45.71 | | 2 | 9116 |
| 5 | 12/3/2018 | GoGoAir | | $ | 0.58 | | 2 | 6632 |
| 6 | 12/3/2018 | Premium Club Membership | | $ | 49.95 | | 2 | 152 |
| 7 | 12/3/2018 | Ipic Scottsdale | | $ | 4.95 | | 2 | 2363 |
| 8 | 12/3/2018 | Cash Advance | | $ | 144.14 | | 2 | 6190 |
| 9 | 12/3/2018 | Cash Advance Fee | | $ | 250.00 | | 2 | 9116 |
| 10 | 12/4/2018 | withdrawl credit one bank | | $ | 20.00 | | 2 | 9116 |
| 11 | 12/4/2018 | withdrawl credit one bank | | $ | 0.23 | | 2 | 6190 |
| 12 | 12/4/2018 | Shell Oil | | $ | 24.84 | | 2 | 6190 |
| 13 | 12/4/2018 | Boot Barn | | $ | 84.07 | | 2 | 6190 |
| 14 | 12/4/2018 | Credit Protect | | $ | 1,042.49 | | 2 | 6190 |
| 15 | 12/4/2018 | Annual Fee | | $ | 5.76 | | 2 | 9116 |
| 16 | 12/4/2018 | Interest Charge on purchases | | $ | 8.25 | | 2 | 9116 |
| 17 | 12/4/2018 | interest charge on cash advance | | $ | 6.36 | | 2 | 9116 |
| 18 | 12/4/2018 | Hilton Market Place | | $ | 0.36 | | 2 | 9116 |
| 19 | 12/7/2018 | Ipic Scottsdale | | $ | 62.60 | | 2 | 6632 |
| 20 | 12/7/2018 | Walgreens | | $ | 50.00 | | 2 | 152 |
| 21 | 12/7/2018 | Ipic Scottsdale | | $ | 49.73 | | 2 | 6632 |
| 22 | 12/7/2018 | Tanzy Restraunt | | $ | 89.63 | | 2 | 6632 |
| 23 | 12/7/2018 | Spotify | | $ | 100.68 | | 2 | 6632 |
| 24 | 12/8/2018 | Internet payment | Internet payment | $ | 0.99 | | 2 | 6632 |
| 25 | 12/9/2018 | Premium Club Membership | | | | $ 63.59 | 2 | 6632 |
| 26 | 12/10/2018 | United | | $ | 4.95 | | | 152 |
| 27 | 12/10/2018 | HMS External Ed | | $ | 686.40 | | 2 | 6190 |
| 28 | 12/11/2018 | Ipic Scottsdale | | $ | 400.00 | | 2 | 152 |
| 29 | 12/11/2018 | withdrawl credit one bank | | $ | 50.00 | | 2 | 152 |
| 30 | 12/22/2018 | withdrawl credit one bank | | $ | 63.59 | | 2 | 6190 |
| 31 | 12/13/2018 | Payment Protection Plan | | $ | 649.98 | | 2 | 6190 |
| 32 | 12/17/2018 | in N Out Burger | | $ | 5.68 | | 2 | 152 |
| 33 | 12/17/2018 | Banfield | | $ | 8.69 | | 2 | 6632 |
| 34 | 12/20/2018 | Auto Payment | Internet payment | $ | 145.12 | | 2 | 6190 |
| 35 | 12/20/2018 | Cont Finance | | | | $ 4.95 | 2 | 2363 |
| 36 | 12/21/2018 | FSB Blaze | | $ | 792.46 | | 2 | 6190 |
| 37 | 12/24/2018 | Snell Oil | | $ | 4.95 | | 2 | 6190 |
| 38 | 12/24/2018 | Walmart | | $ | 73.83 | | 2 | 6632 |
| 39 | 12/26/2018 | ATM withdrawl | | $ | 1,064.55 | | 2 | 6190 |
| 40 | 12/28/2018 | Credit One Rewards | | | | | 1 | 300 |
| 41 | 12/28/2018 | Flemings | | | | $1.46 | 2 | 6632 |
| 42 | 12/31/2018 | United | | $ | 402.26 | | 2 | 6632 |
| 43 | 12/31/2018 | FAS | | $ | 19.00 | | 2 | 6190 |
| 44 | 12/31/2018 | Pinto Ranch | | $ | 140.73 | | 2 | 6190 |
| 45 | 12/31/2018 | United | | $ | 297.40 | | 2 | 6190 |
| 46 | 12/31/2018 | Paper statement fee | | $ | 431.05 | | 2 | 6190 |
| 47 | 12/30/2018 | Withholding Taxes Paid - Federal and State | Taxes | $ | 2.00 | | 2 | 6190 |
| | | | | $ | 17,681.00 | | | |
| | | TOTAL | | $ | 25,234.67 | $ 70.00 | 1 CASH 2 CC 3 Tax | |

Period Ending December 31, 2018

DENNIS M. DANZIK

Case Number: 17-20934

Exhibit D - Monthly Operating Report

Unpaid Bills

| | DATE | UNPAID BILLS | NOTE | AMOUNT |
|---|---|---|---|---|
| | | Description | | |
| 1 | 12/31/18 | Credit Card Ending 9116 | Balance Due | $ 606.15 |
| 2 | 12/31/18 | Credit Card Ending 9948 | Balance Due | $ - |
| 3 | 12/31/18 | Credit Card Ending 0152 | Balance Due | $ 644.58 |
| 4 | 12/31/18 | Credit Card Ending 2363 | Balance Due | $ - |
| 5 | 12/31/18 | Credit Card Ending 3593 | Balance Due | $ - |
| 7 | 12/31/18 | Credit Card Ending 6632 | Balance Due | $ 5.16 |
| 8 | 12/31/18 | Credit card Ending 4580 | Balance Due | $ - |
| 9 | 12/31/18 | Credit card Ending 8092 | Balance Due | $ 741.50 |
| 10 | 12/31/18 | Estimated taxes (current only) | Estimate | |

| TOTAL | | | | $ 1,997.39 |

Period Ending December 31, 2018

**DENNIS M. DANZIK**

Case Number: 17-20934

| | | | Exhibit E - Monthly Operating Report |
| --- | --- | --- | --- |
| | | | Receivables |

**RECEIVABLES - Runing Total and Collections**

| | DATE | Description | Client Code | NOTE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 1 | 12/1/17 | Invoice 17-12010022 | 1 | Invoice | $ 19,100.00 |
| 2 | 12/6/17 | Invoice 17-12010023 | 4 | Invoice | $ 1,700.00 |
| 3 | 1/8/2018 | Invoice 18-01010024 | 4 | Invoice | $ 2,600.00 |
| 4 | 1/31/2018 | Invoice 18-01010025 | 1 | Invoice | $ 21,500.00 |
| 5 | 2/1/2018 | invoice 18-01010026 | 3 | Invoice | $ 150.00 |
| 6 | 2/28/2018 | Invoice 18-01010027 | 1 | Invoice | $ 26,740.00 |
| 7 | 3/1/2018 | Invoice 18-01010028 | 3 | Invoice | $ 150.00 |
| 8 | 3/31/2018 | Invoice 18-01010029 | 1 | Invoice | $ 31,400.00 |
| 9 | 4/30/2018 | Invoice 18-01010030 | 1 | Invoice | $ 37,200.00 |
| 10 | 5/1/2018 | Invoice 18-01010031 | 1 | Invoice | $ 61,860.00 |
| 11 | 6/1/2018 | Invoice 18-01010032 | 1 | Invoice | $ 60,000.00 |
| 12 | 6/15/2018 | Invoice 18-01010033 | 1 | Invoice | $ 83,940.00 |
| 13 | 8/1/2018 | Invoice - Base Pay | Payroll | Base | $ 25,000.00 |
| 14 | 8/22/2018 | Invoice 18-01010033 | 1 | invoice | $ 18,400.00 |
| 15 | 8/31/2018 | Invoice - Base Pay | Payroll | Base | $ 25,000.00 |
| 16 | 9/15/2018 | Invoice - Base Pay | Payroll | Base | $ 25,000.00 |
| 17 | 9/28/2018 | Invoice 18-01010034 | 1 | Invoice | $ 23,000.00 |
| 18 | 10/1/2018 | Invoice - Base Pay | Payroll | Base | $ 25,000.00 |
| 19 | 10/10/2018 | invoice 18-01010035 | 1 | Invoice | $ 18,400.00 |
| 20 | 10/15/2018 | Invoice - Base Pay | Payroll | Base | $ 25,000.00 |
| 21 | 11/18/2018 | Invoice - Base Pay | Payroll | Base | $ 50,000.00 |
| 22 | 11/22/2018 | Invoice 18-01010036 | 1 | Invoice | $ 12,630.00 |
| 23 | 12/1/2018 | Invoice - Base Pay | Payroll | Base | $ 50,000.00 |
| 24 | 12/31/2018 | invoice 18-01010038 | 2 | Invoice | $ 18,220.00 |
| 23 | 12/31/2018 | Invoice - Base Pay | Payroll | Base | $ 50,000.00 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| | | Total Billings | | | $ 711,990.00 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| | 3/23/18 | Payment Received | 1 | Payment | $ 60,000.00 |
| | 5/1/18 | Payment Received | 2 | Payment | $ 119,000.00 |
| | 6/1/18 | Payment Received | 1 | Payment | $ 60,000.00 |
| | 6/27/18 | Payment Received | 1 | Payment | $ 50,000.00 |
| | 8/1/18 | Payment Received | 4 | Payment | $ 25,000.00 |
| | 8/15/18 | Payment Received | 4 | Payment | $ 25,000.00 |
| | 8/31/18 | Payment Received | 4 | Payment | $ 50,000.00 |
| | 9/15/18 | Payment Received | 4 | Payment | $ 25,000.00 |
| | 10/1/18 | Payment Received | 4 | Payment | $ 25,000.00 |
| | 10/15/18 | Payment Received | 4 | Payment | $ 25,000.00 |
| | 11/1/18 | Payment Received | 4 | Payment | $ 25,000.00 |
| | 11/15/18 | Payment Received | 4 | Payment | $ 25,000.00 |
| | 12/1/18 | Payment Received | 4 | Payment | $ 25,000.00 |
| | 12/15/18 | Payment Received | 4 | Payment | $ 25,000.00 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| | | Total Payments Received | | | $ 564,000.00 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| | | TOTAL RECEIVABLES* | | | $ 18,220.00 |
| | | TOTAL RECEIVABLES - w/ Expenses | | | $ 135,360.00 |

* Some delayed billings for this month shown in later months



P.O. Box 1800
Saint Paul, Minnesota  55101-0800

5131      TRN          S        X    ST01

000030975 01 AB  0.408  106481835332099 P  Y
DENNIS M DANZIK
TAX ACCOUNT
10632 N SCOTTSDALE RD # 722
SCOTTSDALE AZ  85254-6164

**Uni-Statement**
Account Number:

Statement Period:
Nov 16, 2018
through
Dec 14, 2018

Page 1 of 2

☎   *To Contact U.S. Bank*
*By Phone:*                1-800-US BANKS
                           (1-800-872-2657)

*U.S. Bank accepts Relay Calls*
*Internet:*                usbank.com

## NEWS FOR YOU

Give a Visa® Gift Card.  Available at any U.S. Bank branch.

## INFORMATION YOU SHOULD KNOW

Thank you for choosing U.S. Bank. We're committed to keeping you up to date on your account and would like to inform you of an upcoming change to your Easy Checking Account.

Beginning February 11, 2019, we will waive the $2.00 Paper Statement Fee[1] for account holders age 65 or older. The monthly maintenance fee is also waived for any account holder age 65 or older.

If you have any questions, please call us at U.S. Bank 24-Hour Banking at 800.USBANKS (872.2657).

[1] Additional fees may apply for Statements with Check Images and Statements with Check Return. Check Images are available with Paper or eStatements. Check Return is only available with Paper Statements. Accounts with the Senior customer indicator receive $1.00 discount per statement cycle for Statement with Check Return fee and the Statement with Check Images is waived.

**Effective February 11, 2019** the **"Your Deposit Account Agreement"** booklet and **"Consumer Pricing Information"** brochure will include a number of updates and may affect your rights. Starting February 11, you may pick up copies at your local branch, view copies at usbank.com, or call 800.USBANKS (800.872.2657) to request copies. The main update to note in the revised **"Your Deposit Account Agreement"** booklet section, and sub section, includes:

- In section "Terms Applicable to all Deposit Accounts", there is an update in the "Arbitration" subsection now titled "Resolution of Disputes by Arbitration".

The main updates to note in the revised **"Consumer Pricing Information"** brochure include:

- Additional rate benefits for all U.S. Bank personal checking accounts
- Updated disclosure regarding online banking with free credit score access
- Additional Monthly Maintenance Fee waive criteria for Easy Checking and Standard Savings accounts
- Updated Paper Statement Fee waive criteria for Easy Checking
- Additional benefit to military service members

Protecting your accounts is our highest priority.  We have many safeguards in place to help ensure your accounts are secure. One of these is to close long-term inactive cards.  If your U.S. Bank Visa Debit or ATM Card has not been used within the last 12 months, it may be closed.  You will be notified at a later date in the event that your card will be closed. Please call us with any questions at 800-USBANKS (800-872-2657).

## EASY CHECKING

U.S. Bank National Association                                                                    *Member FDIC*
**Account Summary**                                                                       Account Number 6901

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Nov 16 | $ | 226,927.10 | Number of Days in Statement Period | | 29 |
| Deposits / Credits | | 119,000.00 | Average Account Balance | $ | 333,616.75 |
| Other Withdrawals | | 2.00- | | | |
| **Ending Balance on  Dec 14, 2018** | $ | 345,925.10 | | | |



To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $     |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $     |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement. $_____

4. Enter the total deposits recorded in the Outstanding Deposits section. $_____

5. Total lines 3 and 4. $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section. $_____

7. Subtract line 6 from line 5. This is your balance. $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS
### In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank P.O. Box 64991 St. Paul, MN 55164-9505.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
    *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE
### What To Do If You Think You Find A Mistake on Your Statement
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

Reserve Line Balance Computation Method: To determine your **Balance Subject to Interest Rate,** use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate.** Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES
We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: CRA Management, P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC



EQUAL HOUSING
LENDER



DENNIS M DANZIK
TAX ACCOUNT
10632 N SCOTTSDALE RD # 722
SCOTTSDALE AZ  85254-6164

**Uni-Statement**
Account Number: 0

Statement Period:
Nov 16, 2018
through
Dec 14, 2018

Page 2 of 2

## EASY CHECKING
U.S. Bank National Association

**(CONTINUED)**
Account Number 6901

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | | Amount |
|------|---------------------------|---|-----------|---|--------|
| Nov 19 | Internet Banking Transfer | From Account | | $ | 119,000.00 |
| | | Total Deposits / Credits | | $ | **119,000.00** |

### Other Withdrawals

| Date | Description of Transaction | Ref Number | | Amount |
|------|---------------------------|-----------|---|--------|
| Dec 14 | Paper Statement Fee | 1400007170 | $ | 2.00- |
| | | Total Other Withdrawals | $ | **2.00-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|
| Nov 19 | 345,927.10 | Dec 14 | 345,925.10 |

Balances only appear for days reflecting change.

This page intentionally left blank

# Wells Fargo Everyday Checking

Account number:        ■ December 1, 2018 - December 31, 2018    ■ Page 1 of 4



DENNIS M DANZIK
1108 14TH ST
405
CODY WY 82414-3743

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833

*En español:* 1-877-727-2932

華語 1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (038)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our
company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these
convenient services with your account(s). Go to
wellsfargo.com or call the number above if you have
questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ✓ |
| Online Statements | ✓ | Overdraft Protection | ✓ |
| Mobile Banking | ✓ | Debit Card | ✓ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 12/1 | $5.24 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 10.00 |
| **Ending balance on 12/31** | **-$4.76** |

Account number: **1673006456**

**DENNIS M DANZIK**

*Arizona account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 122105278

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements
please call the number listed on your statement or visit your Wells Fargo store.

Account number.      ■ December 1, 2018 - December 31, 2018      ■ Page 2 of 4


WELLS FARGO

---

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 12/31 | | Monthly Service Fee | | 10.00 | -4.76 |
| Ending balance on 12/31 | | | | | -4.76 |
| **Totals** | | | **$0.00** | **$10.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 12/01/2018 - 12/31/2018 | Standard monthly service fee $10.00 | You paid $10.00 | |
|------|------|------|------|
| **How to avoid the monthly service fee** | Minimum required | This fee period | |
| Have any **ONE** of the following account requirements | | | |
| · Minimum daily balance | $1,500.00 | $5.24 | ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 | ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 0 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | 0 | ☐ |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($10.00 discount)      ☐
RC/RC

Account number         ■ December 1, 2018 - December 31, 2018         ■ Page 3 of 4         

 IMPORTANT ACCOUNT INFORMATION

On January 7, 2019, we will add the capability to receive real-time payments through the RTP® system ("RTP System"). The agreement governing your deposit account in the "Funds transfer services" section of the Deposit Account Agreement is amended to include the following provisions relating to your receipt of RTP payments.

**Receiving RTP Payments**
The following additional terms apply to any real-time payments we receive for credit to your account through the RTP System. The terms "sender," "receiver," "sending bank," and "request for return of funds" are used here as defined in the system rules governing RTP payments ("RTP Rules"). In addition to the RTP Rules, RTP payments will be governed by the laws of the state of New York, including New York's version of Article 4A of the Uniform Commercial Code, as applicable, without regard to its conflict of laws principles.
- The RTP System may be used only for eligible payments between a sender and receiver whose accounts are located in the United States. RTP payments that are permitted under the RTP Rules and our requirements are considered eligible payments for purposes of this Agreement.
- RTP payments are final and cannot be cancelled or amended by the sender. If you do not wish to accept an RTP payment received for credit to your account, you may request that we return such payment to the sender. We may, at our sole discretion, attempt to honor such request but will have no liability for our failure to do so.
- RTP payments are typically completed within thirty (30) seconds of transmission of the RTP payment by the sender, unless the RTP payment fails or is delayed due to a review by us or the sending bank, such as for fraud, regulatory, or compliance purposes. Transaction limits imposed by the RTP System or sending bank may also prevent RTP payments from being sent to your account.

We are under no obligation to honor, in whole or in part, any payment order or other instruction that could result in our contravention of applicable law, including, without limitation, requirements of the U.S. Department of the Treasury's Office of Foreign Assets Control ("OFAC") and the Financial Crimes Enforcement Network ("FinCEN").

As a reminder, the total year-to-date number and amount of Overdraft and Return Item Fees waived due to our Overdraft Rewind (sm) feature located on your account statement is as of February 5, 2018.

We are adding the following clarification in the section of the Deposit Account Agreement titled "Rights and Responsibilities" under the subsection "When can we close your account?":

**Important information for Consumer and non-analyzed Business accounts with a zero balance: An account with a zero-balance may be subject to automatic closure on the fee period ending date, depending on when the last qualifying transaction posted to your account.**

- In order to prevent automatic closure, an account with a zero-balance must have a qualifying, non-automatic transaction posted within the last two months of the most recent fee period ending date. IOLTA and RETA accounts require a qualifying transaction within ten months of the most recent fee period ending date.

- Examples of qualifying transactions are deposits or withdrawals made at a banking location, ATM, or via telephone, mobile deposits, one-time transfers made at a banking location, ATM, online, mobile, or via telephone, or checks paid from the account.

- Automatic or electronic deposits, such as payroll, and automatic or electronic payments, including bill pay, recurring transfers, and any bank-originated transactions, like monthly service or other fees, are not considered qualifying transactions for the purpose of preventing closure of an account with a zero-balance.

Account number:        ■ December 1, 2018 - December 31, 2018        ■ Page 4 of 4



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** Enter the **ending balance** on this statement.                    $ _____

**B** List outstanding **deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| Total | $ |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal.        = $ _____

**D** List outstanding **checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Total | $ |

- $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.

= $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801        Member FDIC. EQUAL HOUSING LENDER

**US bank.**

**Uni-Statement**

Account Number:

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

5131     TRN          S          X     ST01

Statement Period:
Dec 1, 2018
through
Dec 31, 2018



Page 1 of 3

000006272 01 MB 0.424 106481856803005 P  Y
ESTATE OF DENNIS M DANZIK
DEBTOR IN POSSESSION
BANKRUPTCY CASE #17-20934
10632 N SCOTTSDALE RD # 722
SCOTTSDALE AZ  85254-6164

☎

*To Contact U.S. Bank*

*By Phone:*                    1-800-US BANKS
                               (1-800-872-2657)

*U.S. Bank accepts Relay Calls*

*Internet:*                    usbank.com

---

## NEWS FOR YOU

Give a Visa® Gift Card.  Available at any U.S. Bank branch.

## INFORMATION YOU SHOULD KNOW

Thank you for choosing U.S. Bank. We're committed to keeping you up to date on your account and would like to inform you of an upcoming change to your Easy Checking Account.

Beginning February 11, 2019, we will waive the $2.00 Paper Statement Fee[1] for account holders age 65 or older. The monthly maintenance fee is also waived for any account holder age 65 or older.

If you have any questions, please call us at U.S. Bank 24-Hour Banking at 800.USBANKS (872.2657).

[1] Additional fees may apply for Statements with Check Images and Statements with Check Return. Check Images are available with Paper or eStatements. Check Return is only available with Paper Statements. Accounts with the Senior customer indicator receive $1.00 discount per statement cycle for Statement with Check Return fee and the Statement with Check Images is waived.

**Effective February 11, 2019** the "**Your Deposit Account Agreement**" booklet and "**Consumer Pricing Information**" brochure will include a number of updates and may affect your rights. Starting February 11, you may pick up copies at your local branch, view copies at usbank.com, or call 800.USBANKS (800.872.2657) to request copies. The main update to note in the revised "**Your Deposit Account Agreement**" booklet section, and sub section, includes:

- In section "Terms Applicable to all Deposit Accounts", there is an update in the "Arbitration" subsection now titled "Resolution of Disputes by Arbitration".

The main updates to note in the revised "**Consumer Pricing Information**" brochure include:

- Additional rate benefits for all U.S. Bank personal checking accounts
- Updated disclosure regarding online banking with free credit score access
- Additional Monthly Maintenance Fee waive criteria for Easy Checking and Standard Savings accounts
- Updated Paper Statement Fee waive criteria for Easy Checking
- Additional benefit to military service members

Protecting your accounts is our highest priority.  We have many safeguards in place to help ensure your accounts are secure. One of these is to close long-term inactive cards.  If your U.S. Bank Visa Debit or ATM Card has not been used within the last 12 months, it may be closed.  You will be notified at a later date in the event that your card will be closed. Please call us with any questions at 800-USBANKS (800-872-2657).

---

## EASY CHECKING

U.S. Bank National Association

*Member FDIC*

Account Number 6190

### Account Summary

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Dec 1 | $ | 83,718.38 | Number of Days in Statement Period | | 31 |
| Deposits / Credits | | 17,484.65 | Average Account Balance | $ | 88,729.07 |
| Card Withdrawals | | 4,354.95- | | | |
| Other Withdrawals | | 1,538.05- | | | |
| **Ending Balance on  Dec 31, 2018** | $ | 95,310.03 | | | |



**TO BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

### Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

### Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement. $ _____

4. Enter the total deposits recorded in the Outstanding Deposits section. $ _____

5. Total lines 3 and 4. $ _____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section. $ _____

7. Subtract line 6 from line 5. This is your balance. $ _____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS

### In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank P.O. Box 64991 St. Paul, MN 55164-9505.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

*Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What To Do If You Think You Find A Mistake on Your Statement

If you think there is an error on your bill, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.

In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar Amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

Reserve Line Balance Computation Method: To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus.

## CONSUMER REPORT DISPUTES

We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: CRA Management, P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC



LENDER



ESTATE OF DENNIS M DANZIK
DEBTOR IN POSSESSION
BANKRUPTCY CASE #17-20934
10632 N SCOTTSDALE RD # 722
SCOTTSDALE AZ  85254-6164



**Uni-Statement**
Account Number:

Statement Period:
Dec 1, 2018
through
Dec 31, 2018

Page 2 of 3

## EASY CHECKING

U.S. Bank National Association                                                    **(CONTINUED)**
**Deposits / Credits**                                              Account Number 6190

| Date | Description of Transaction | | Ref Number | | Amount |
|------|---------------------------|--|-----------|--|--------|
| Dec 4 | Electronic Deposit | From Credit One Bank | | $ | |
| | REF=183380078670860N00 | Payment  912240213 | 2444500833610033422841 | | 0.02 |
| Dec 4 | Electronic Deposit | From Credit One Bank | | | |
| | REF=183380078670850N00 | Payment  912240213 | | | 0.21 |
| Dec 18 | Deposit | | 8357714496 | | 17,484.42 |
| | | **Total Deposits / Credits** | | $ | **17,484.65** |

**Card Withdrawals**
Card Number: xxxx-xxxx-xxxx-2830

| Date | Description of Transaction | | Ref Number | | Amount |
|------|---------------------------|--|-----------|--|--------|
| Dec 3 | Debit Purchase - VISA | On 120118 SCOTTSDALE AZ | | | 144.14- |
| | IPIC SCOTTSDALE | REF 2444500833610033422841 | 6100339422 | $ | |
| Dec 4 | Debit Purchase - VISA | On 120218 SCOTTSDALE AZ | | | 84.07- |
| | SHELL OIL 100472 | REF 2431605833754826603075 | 7548266030 | | |
| Dec 4 | Debit Purchase - VISA | On 120218 SCOTTSDALE AZ | | | 1,042.49- |
| | BOOT BARN #133 | REF 2469216833710039560899 | 7100395608 | | |
| Dec 10 | Debit Purchase - VISA | On 120918 800-932-2732 TX | | | 686.40- |
| | UNITED   0162 | REF 2469216834310024161606 | 3100224161 | | |
| Dec 17 | Debit Purchase - VISA | On 121518 PHOENIX AZ | | | 145.12- |
| | BANFIELD 0131 | REF 2449398835040029300012 | 0400293000 | | |
| Dec 24 | Debit Purchase | WM SUPERC Wal-Ma SCOTTSDALE (AZ | | | 1,064.55- |
| | 719237 | On 122418 MAESTERM REF 719237 | | | |
| Dec 26 | ATM Withdrawal | USB E GREENWAY S SCOTTSDALE AZ | | | 300.00- |
| | | Serial No. 003874143520SUS4U681 | | | |
| Dec 31 | Debit Purchase - VISA | On 120918 800-932-2732 TX REF # | | | 19.00- |
| | UNITED   0162 | 2469216836210019655350 DILLARD 941 | 2100196553 | | |
| Dec 31 | Debit Purchase | FAS | | | 140.73- |
| | 481105 | On 123118 MAESTERM REF 481105 | | | |
| Dec 31 | Debit Purchase | PINTO RANCH | | | 297.40- |
| | 780083 | On 123118 ILK1TERM REF 836501780083 | 8312311600 | | |
| Dec 31 | Debit Purchase - VISA | On 122818 800-932-2732 TX | | | 431.05- |
| | UNITED   0162 | REF # 2469216836210019597447 0 | 2100195974 | | |
| | | **Card 2830  Withdrawals Subtotal** | | $ | **4,354.95-** |
| | | **Total Card Withdrawals** | | $ | **4,354.95-** |

**Other Withdrawals**

| Date | Description of Transaction | | Ref Number | | Amount |
|------|---------------------------|--|-----------|--|--------|
| Dec 4 | Electronic Withdrawal | To Credit One Bank | | | 0.23- |
| | REF=183380078670710N00 | 912240213 Payment  DANZIK,DENNIS | | $ | |
| Dec 4 | Electronic Withdrawal | To Credit One Bank | | | 24.84- |
| | REF=183380078666990N00 | 912240213 Payment  0000305355690 | | | |
| Dec 11 | Electronic Withdrawal | To Credit One Bank | | | 63.59- |
| | REF=183450042716680N00 | 912240213 Payment  0000307413519 | | | |
| Dec 11 | Electronic Withdrawal | To Credit One Bank | | | 649.98- |
| | REF=183450042716420N00 | 912240213 Payment  0000307413401 | | | |
| Dec 20 | Electronic Withdrawal | To CONT FINANCE | | | 792.46- |
| | REF=183540084245010N00 | 9044030448PAY BY PHO043000098062524 | | | |
| Dec 21 | Electronic Withdrawal | To FSB BLAZE | | | 4.95- |
| | REF=183550075787230N00 | 3420747941PAYMENT  518213010158236 | | | |
| Dec 31 | Paper Statement Fee | | 3100002724 | | 2.00- |
| | | **Total Other Withdrawals** | | $ | **1,538.05-** |

us**bank**.

ESTATE OF DENNIS M DANZIK
DEBTOR IN POSSESSION
BANKRUPTCY CASE #17-20934
10632 N SCOTTSDALE RD # 722
SCOTTSDALE AZ  85254-6164

**Uni-Statement**
Account Number:

Statement Period:
Dec 1, 2018
through
Dec 31, 2018

Page 3 of 3

**EASY CHECKING**
U.S. Bank National Association
(CONTINUED)
Account Number 1-517-0720-6190
**Balance Summary**

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|----------------|------|----------------|------|----------------|
| Dec 3 | 83,574.24 | Dec 17 | 80,877.75 | Dec 24 | 96,500.21 |
| Dec 4 | 82,422.84 | Dec 18 | 98,362.17 | Dec 26 | 96,200.21 |
| Dec 10 | 81,736.44 | Dec 20 | 97,569.71 | Dec 31 | 95,310.03 |
| Dec 11 | 81,022.87 | Dec 21 | 97,564.76 | | |

Balances only appear for days reflecting change.