

**Confidential Fax**

Garnishment Department
PO Box 30869
Portland, OR 97294
877-247-9468

usbank.com

To: KEN MCCARTNEY

From: US BANK GARNISHMENT DEPT

Date: 2/7/2019

Re: DANZIK GARNISHMENT

Notes:
FAX #307-635-0585

Electronic Privacy Notice. This facsimile, and any attachments, contains information that is, or may be, covered by electronic communications privacy laws, and is also confidential and proprietary in nature. If you are not the intended recipient, please be advised that you are legally prohibited from retaining, using, copying, distributing, or otherwise disclosing this information in any manner. Instead, please reply to the sender that you have received the communication in error, and then securely discard it. Thank you in advance for your cooperation.

01/2016
L17-A

**EXHIBIT A**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK: IAS PART 54

| | |
|---|---|
| GEM HOLDCO, LLC, and GEM VENTURES, LTD.,<br><br>*Plaintiffs,*<br><br>-against-<br><br>CHANGING WORLD TECHNOLOGIES, L.P., *et al.*,<br><br>*Defendants.* | Index No.: 650841/2013<br><br>(Schecter, J.)<br><br>**RESTRAINING NOTICE AND INFORMATION SUBPOENA** |
| CWT CANADA II LIMITED PARTNERSHIP, RESOURCE RECOVERY CORPORATION and JEAN NOELTING,<br><br>*Third Party Plaintiffs,*<br><br>-against-<br>CHRISTOPHER BROWN, EDWARD TOBIN, ELIZABETH J. DANZIK and DEJA II, LLC. | |

TO:   U.S. Bank
      100 Wall Street
      New York, NY 10005

WHEREAS, a judgment was entered in this Court on September 7, 2016 in favor of Cross-Claim Plaintiffs CWT Canada II Limited Partnership, Resources Recovery Corporation, and Jean Noelting, and against Cross-Claim Defendants **RDX Technologies Corporation** (f/k/a Ridgeline Energy Services, Inc.) ("RDX") and **Dennis Danzik** ("Danzik," and with RDX, "**Judgment Debtors**"), for the amount of $7,033,491.13,

WHEREAS, the amount of $7,033,491.13, together with interest from September 7, 2016, remains due and unpaid,

**WHEREAS**, it appears that you are in possession or in custody of property in which Judgment Debtors have an interest, **including the accounts reflected in the statements attached as Exhibit A**;

**YOU ARE HEREBY COMMANDED**, to answer in writing under oath, separately and fully, each question in the questionnaire accompanying the subpoena, each answer referring to the question to which it responds; and that you return the answers together with the original of the questions within 7 days after your receipt of the questions and this subpoena.

**PLEASE TAKE NOTICE** that false swearing or failure to comply with this Information Subpoena is punishable as a contempt of Court.

## RESTRAINING NOTICE

Pursuant to Section 5222(b) of the Civil Practice Law and Rules, a copy of which is set forth below, you are hereby forbidden to make or suffer any sale, assignment, or transfer of, or any interference with any property in which Judgment Debtors have an interest, **including the accounts reflected in the statements attached as Exhibit A**, except upon direction of the sheriff or pursuant to an order of the court until the aforesaid judgment is satisfied or vacated. This notice also covers all property in which Judgment Debtors have an interest hereafter coming into your possession or custody. Disobedience of this Restraining Notice is punishable as a contempt of court.

Certification: I hereby certify that this information subpoena complies with Rule 5224 of the Civil Practice Law and Rules and Section 601 of the General Business Law that I have a reasonable belief that the party receiving this subpoena has in their possession information about the debtors that will assist the creditor in collecting the judgment.

Dated: February 6, 2019
New York, New York

SCHLAM STONE & DOLAN LLP

*Joshua Wurtzel* (signature)

By: _____
Jeffrey M. Eilender
Bradley J. Nash
Joshua Wurtzel
26 Broadway
New York, New York 10004
Telephone: (212) 344-5400
Facsimile: (212) 344-7677
E-Mail: jme@schlamstone.com
E-Mail: bnash@schlamstone.com
E-Mail: jwurtzel@schlamstone.com

*Attorneys for Cross-Claim Plaintiffs CWT Canada II Limited Partnership, Resource Recovery Corporation, and Jean Noelting*

3