KEN McCARTNEY, Bar No. 5-1335
The Law Offices of Ken McCartney, P.C.
Post Office Box 1364
Cheyenne, WY 82003
Tel (307) 635-0555
Email: bnkrpcyrep@aol.com

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF WYOMING

In re:                                               )
    DENNIS MEYER DANZIK,          )
                                  )   Case No.  17-20934
                                  )   CHAPTER 11
                  Debtor.          )

### NOTICE PURSUANT TO LOCAL RULE 2002 OF OPPORTUNITY TO OBJECT TO THE DEBTORS' REQUEST TO CONTINUE THE AUTOMATIC STAY PURSUANT TO 11 USC §362(C)(3)(A)& (B)

    **NOTICE IS HEREBY GIVEN** that the Debtor named above, has applied to this Court to obtain an order extending the Automatic Stay beyond thirty days, its natural expiration period in a case where there was a similar case pending within the last calendar year. A copy of the pleading is attached for inspection and available in the Bankruptcy Court Clerk's Office.

    Pursuant to Rule 2002 of the Local Rules of Bankruptcy Procedure, if you desire to oppose this action you must file a written **objection** and request for hearing with the Court on or before **March 25, 2019**, and serve a copy thereof on the undersigned attorney. Objections and requests for hearing shall clearly specify the grounds upon which they are based, including the citation of supporting legal authority, if any.  General objections will not be considered by the Court.

    In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the aforementioned application

without any further notice to creditors or other interested parties.

A hearing on the motion is set for **April 11th, 2019, at 9:00 a.m**. at the United States Bankruptcy Court for the District of Wyoming ,2120 Capitol Avenue,
Suite 8010, Cheyenne, Wyoming.  Please note that video conference participation is allowed pursuant to Wyo. L.B.R. 9074-2 and the requirements regarding witnesses and evidence shall be in compliance with Wyo. L.B.R. 9070-1.

On or before **April 4th, 2019**, any party intending to introduce exhibits or call witnesses at the hearing shall file a schedule of proposed exhibits and anticipated witnesses and shall serve the schedule and copies of the proposed exhibits on all parties.  The schedule and two copies of the proposed exhibits shall also be provided to the Clerk's Office by that date.  If the documents consist of ten or fewer pages, the schedule and proposed exhibits may be faxed to the Clerk's Office at (307) 4332214.  If the list and proposed exhibits consist of more than ten pages, the documents must be provided directly to eh U>S. Bankruptcy Clerk's Office, 2120 Capitol Avenue, Suite 6004, Cheyenne, Wyoming 820011.  The copies of the exhibits shall not be filed with the clerk.  Counsel should retain original exhibits for introduction at the hearing.

DATED this 15th day of March, 2019.

              RESPECTFULLY SUBMITTED FOR:
              DENNIS MEYER DANZIK
      By:

              BY: /s/ Ken McCartney #5-1335
              Proposed Debtor's Counsel
              The Law Offices of Ken McCartney, P.C.
              P.O. Box 1364
              Cheyenne, WY 82003-1364
              Tel (307) 635-0555
              Fax (307) 635-0585
              Email bnkrpcyrep@aol.com