KEN McCARTNEY, Bar No. 5-1335
The Law Offices of Ken McCartney, P.C.
Post Office Box 1364
Cheyenne, WY 82003
Tel (307) 635-0555
Email: bnkrpcyrep@aol.com

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF WYOMING

In re:                                )
    DENNIS MEYER DANZIK,       )
                                  )     Case No.  17-20934
                                  )      CHAPTER 11
              Debtor.   )

## WITHDRAWAL OF REQUEST TO CONTINUE THE AUTOMATIC STAY

     COMES NOW the Debtor above named, by counsel, Ken McCartney of The Law Offices of Ken McCartney, P.C., and he does hereby withdraw the application to extend the automatic stay wrongfully filed in this case which should have been filed in doc 19-20116.

     DATED this 18th day of March, 2019.

                              RESPECTFULLY SUBMITTED FOR:
                              DENNIS MEYER DANZIK
                              PROPOSED COUNSEL FOR THE DIP

                              By:
                              /s/ Ken McCartney
                              KEN McCARTNEY, #5-1335
                              The Law Offices of Ken McCartney, P.C.
                              P.O. Box 1364
                              Cheyenne, WY 82003-1364
                              Telephone: (307) 635-0555
                              Email: bnkrpcyrep@aol.com